Cory A. Santos, Sr., Esq.
Nevada State Bar No. 8247
Cory@santoslawoffices.com
Theresa M. Santos, Esq.
Nevada State Bar No. 9448
Tsantos@santoslaw.attys.pro
SANTOS LAW, PLLC.
241 Ridge St., Ste. 340
Reno, NV 89501
Office: (775) 420-5222; Fax: (702) 456-5130
*Designated Resident Nevada Counsel*
*for Plaintiff Kristina Kerlus*

Wolfgang Mueller, Esq.
Michigan Bar No. P43728
Wolf@wolfmuellerlaw.com
Mueller Law Firm
41850 W. 11 Mile Rd., Ste. 101
Novi, MI 48375
(248) 459-9653; Fax: (248) 347-6630
* *Pro Hac Vice* pending
*Attorney for Plaintiff Kristina Kerlus*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTINA KERLUS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; and COUNTY OF CLARK, a Municipal corporation, jointly and severally,<br><br>Defendants. | Case No.: 2:24-cv-02352<br><br>**PLAINTIFF'S DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** |

Pursuant to Local Rule 7-1.1 and Fed. R. Civ. P. 7.1, the undersigned attorneys of record for Plaintiff, Kristina Kerlus, certify that the following may have a direct, pecuniary interest in the outcome of this case:

    1. Kristina Kerlus

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 17th day of December, 2024.

                SANTOS LAW, PLLC

By:   /s/ Theresa M. Santos
       _____
       Nevada State Bar No. 8247
       cory@santoslawoffices.com
       Theresa M. Santos, Esq.
       Nevada State Bar No. 9448
       Tsantos@santoslaw.attys.pro
       241 Ridge St., Suite 340
       Reno, NV 89501
       Office: (775) 323-1084; Fax (702) 456-5130
       *Designated Resident Nevada Counsel for Plaintiff*

MUELLER LAW FIRM

By:   s/Wolfgang Mueller
       WOLFGANG MUELLER (P43728)
       Attorney for Plaintiff
       41850 W. 11 Mile Road, Ste. 101
       Novi, MI 48375
       (248) 459-9653 | (248) 347-6630 (fax)
       wolf@wolfmuellerlaw.com
       **Pro Hac Vice* pending
       Attorney for Plaintiff Kristina Kerlus