# EXHIBIT 1

# December 18, 2024 Correspondence from Attorney Driscoll to Santos Law

Patrick Driscoll <pdriscoll@rblaw.net>                                    12/18/2024 2:55 PM

# Kristina Kerlus Filing

To cory@santoslawoffices.com • tsantos@santoslaw.attys.pro   Copy Antonio Romanucci <aromanucci@rblaw.net>

Mr. & Ms. Santos,

Our firm was retained by Kristina Kerlus to prosecute all personal injury and civil rights claims against all responsible parties for her injuries sustained as a result of her wrongful prosecution from 2018-present. Ms. Kerlus has informed us that you are not her attorney and that she has not signed any attorney-client agreements with you or your office. **Please immediately send our office a copy of your attorney-client agreement with Ms. Kerlus so we may resolve this issue expeditiously.**

Please see attached our letter formally requesting your attorney-client agreement. This letter has also been sent via certified mail and facsimile.

Sincerely,

**Patrick Driscoll**

*Attorney at Law*

Office: 312.458.1000

Direct Line: 312.253.8629

Fax: 312.458.1000 - ATTN: Patrick

Email: PDriscoll@rblaw.net



Go Green - Please don't print this e-mail unnecessarily.

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

- RB Letter to Santos Law Offices .pdf (50 KB)
- image001.png (33 KB)