# EXHIBIT 2

# December 18, 2024 Correspondence from Attorney Santos to Attorney Driscoll



**From:** cory <cory@santoslawoffices.com>
**Sent:** Wednesday, December 18, 2024 6:14:00 PM
**To:** Patrick Driscoll <PDriscoll@rblaw.net>; tsantos@santoslaw.attys.pro <tsantos@santoslaw.attys.pro>
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Wolf Mueller <wolf@wolfmuellerlaw.com>
**Subject:** Re: Kristina Kerlus Filing

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi,

Mr. Wolfgang Mueller is the lead attorney for this matter. I would recommend that you speak with him regarding your request. I have added him to this email chain.

Sincerely,
Cory A. Santos, Sr., Esq.
SANTOS LAW, PLLC.
241 Ridge Street, Suite 340
Reno, NV 89501

*Board Certified in Workers' Compensation by the State Bar of Nevada*

*Sustaining Member, Nevada Justice Association*

* AV Rated by Martindale-Hubbell*

*Member, The National Trial Lawyers Top 100*

Practicing primarily in Workers' Compensation, Entertainment Law, Personal Injury, Wills, Criminal and Civil Law.