# EXHIBIT 3

# December 18, 2024 Correspondence from Attorney Romanucci to Attorney Santos

| | |
|---|---|
| **From:** | Antonio Romanucci |
| **Received:** | Wed 12/18/2024 4:35 PM |
| **To:** | cory; Patrick Driscoll; Theresa Santos |
| **Cc:** | Wolf Mueller |
| **Subject:** | Re: Kristina Kerlus Filing |

Nonetheless, proof of represent ration is required and as a local counsel you have purportedly a retainer agreement with everyone's signature. Our client disputes that one exists so in order to put this controversy to rest please turn over proof immediately. Mr. Mueller retained you so it is advisable you reach him right away and one of you complies post haste.

Antonio Romanucci

Antonio Romanucci
312-253-8600 direct dial

Get Outlook for iOS