# EXHIBIT 4

# December 18, 2024 Correspondence from Attorney Wolf Mueller to Attorney Romanucci re: Statute of Limitations

| | |
|---|---|
| **From:** | Wolf Mueller |
| **Received:** | Wed 12/18/2024 6:05 PM |
| **To:** | cory; Antonio Romanucci; Patrick Driscoll; Theresa Santos |
| **Cc:** | |
| **Subject:** | RE: Kristina Kerlus Filing |

Mr. Romanucci: I will be in the office tomorrow and we can discuss it first thing. I filed the Complaint to protect the statute of limitations.

Wolfgang Mueller
Mueller Law Firm
41850 W. Eleven Mile, Suite 101
Novi, MI 48375
(248) 489-9653 | (248) 347-6630 (Fax)
wolf@wolfmuellerlaw.com
www.wolfmuellerlaw.com



**From:** cory <cory@santoslawoffices.com>
**Sent:** Wednesday, December 18, 2024 7:47 PM
**To:** Antonio Romanucci <aromanucci@rblaw.net>; Patrick Driscoll <PDriscoll@rblaw.net>; tsantos@santoslaw.attys.pro
**Cc:** Wolf Mueller <wolf@wolfmuellerlaw.com>
**Subject:** Re: Kristina Kerlus Filing

I believe Mr. Mueller is going to contact you tonight to resolve this.

Sincerely,
Cory A. Santos, Sr., Esq.
SANTOS LAW, PLLC.
241 Ridge Street, Suite 340
Reno, NV 89501

*Board Certified in Workers' Compensation by the State Bar of Nevada*

*Sustaining Member, Nevada Justice Association*

* AV Rated by Martindale-Hubbell*

*Member, The National Trial Lawyers Top 100*

Practicing primarily in Workers' Compensation, Entertainment Law, Personal Injury, Wills, Criminal and Civil Law.

*CORYSANTOSLAW.COM*

Reno:  P: (775) 420-5222 / F: (775) 448-6004
Las Vegas/Henderson: P: (702) 592-6843 / F: (702) 456-5130