# EXHIBIT 5

# December 19, 2024 Correspondence from Attorney Romanucci to Santos Law Re Authorization

## Re: Kristina Kerlus Filing

**Antonio Romanucci** <aromanucci@rblaw.net>  12/19/2024 12:13 PM
Re: Kristina Kerlus Filing
**To** cory, Patrick Driscoll, tsantos@santoslaw.attys.pro  **Copy** Wolf Mueller, Patrick Driscoll, Gina Arquilla Deboni

📎 4 attachments ⌄   View   Download

CORRECTION: You are NOT authorized to dismiss her complaint.

Antonio Romanucci

---

**From:** Antonio Romanucci <aromanucci@rblaw.net>
**Date:** Thursday, December 19, 2024 at 2:10 PM
**To:** cory <cory@santoslawoffices.com>, Patrick Driscoll <PDriscoll@rblaw.net>, tsantos@santoslaw.attys.pro <tsantos@santoslaw.attys.pro>
**Cc:** Wolf Mueller <wolf@wolfmuellerlaw.com>, Patrick Driscoll <PDriscoll@rblaw.net>, Gina Arquilla Deboni <gad@rblaw.net>
**Subject:** Re: Kristina Kerlus Filing

Dear Mr. Santos

You are not authorized to take any action whatsoever on Ms. Kerlus' behalf. You are authorized to dismiss her complaint which was filed by you and Mr. Mueller without being retained. I am in the process of evaluating the best non-prejudicial course of action for her. Until that time please do nothing. Thank you.

Antonio Romanucci

---

**From:** cory <cory@santoslawoffices.com>
**Date:** Thursday, December 19, 2024 at 2:03 PM
**To:** Antonio Romanucci <aromanucci@rblaw.net>, Patrick Driscoll <PDriscoll@rblaw.net>, tsantos@santoslaw.attys.pro <tsantos@santoslaw.attys.pro>
**Cc:** Wolf Mueller <wolf@wolfmuellerlaw.com>
**Subject:** Re: Kristina Kerlus Filing

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Mr. Romanucci,

As you know a complaint was filed by my office as local counsel for Mr. Mueller. It is my understanding from Mr. Mueller that today is the SOL. I would propose that I withdraw the complaint