# EXHIBIT 6

# December 19, 2024 - Permission to Amend Complaint

| | |
|---|---|
| From: | Antonio Romanucci |
| Received: | Thu 12/19/2024 2:48 PM |
| To: | cory; Patrick Driscoll; Theresa Santos |
| Cc: | Wolf Mueller; Gina Arquilla Deboni; Esq. Cory A. Santos (supercorylaw@yahoo.com) |
| Subject: | Re: Kristina Kerlus Filing |

Under that circumstance you must amend the complaint. Accordingly, you have the authority to amend the complaint immediately but not do anything that would in any way dismiss the complaint.

Antonio Romanucci
312-253-8600 direct dial

Get Outlook for iOS

---

**From:** cory <cory@santoslawoffices.com>
**Sent:** Thursday, December 19, 2024 4:36:24 PM
**To:** Antonio Romanucci <aromanucci@rblaw.net>; Patrick Driscoll <PDriscoll@rblaw.net>; tsantos@santoslaw.attys.pro <tsantos@santoslaw.attys.pro>
**Cc:** Wolf Mueller <wolf@wolfmuellerlaw.com>; Gina Arquilla Deboni <gad@rblaw.net>; Esq. Cory A. Santos (supercorylaw@yahoo.com) <supercorylaw@yahoo.com>
**Subject:** Re: Kristina Kerlus Filing

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Just an FYI, we received a call from the City of Las Vegas attorney.   The complaint names the City of Las Vegas. The City attorney stated that Metro Police is an independent entity and that they need to be named in the complaint which was filed.  As such, if the SOL is today, the complaint needs to be amended.  I am not doing that as you have instructed me to take no further action.

Sincerely,

Cory A. Santos, Sr., Esq.
SANTOS LAW, PLLC.
241 Ridge Street, Suite 340
Reno, NV 89501

*Board Certified in Workers' Compensation by the State Bar of Nevada*
* AV Rated by Martindale-Hubbell*
*Member, The National Trial Lawyers Top 100*
*Member, The American Association for Justice*
*Member, The Federalist Society*

Practicing primarily in Workers' Compensation, Entertainment Law, Personal Injury, Employment Law, Wills, Criminal and Civil Law.

*CORYSANTOSLAW.COM*

Reno:                  P: (775) 420-5222 / F: (775) 448-6004
Las Vegas/Henderson: P: (702) 592-6843 / F: (702) 456-5130







*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message. IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any