# EXHIBIT 7

# December 31, 2024 - Inquiry From Attorney Mueller to Attorney Romanucci Re Intent to Substitute Counsel

| | |
|---|---|
| **From:** | Wolf Mueller |
| **Received:** | Tue 12/31/2024 8:37 AM |
| **To:** | Theresa Santos; Antonio Romanucci; cory; Patrick Driscoll |
| **Cc:** | Gina Arquilla Deboni; Esq. Cory A. Santos (supercorylaw@yahoo.com) |
| **Subject:** | RE: Kristina Kerlus Filing |

Mr. Romanucci: Please advise if you will be filing a substitution of counsel in this matter.

Wolfgang Mueller
Mueller Law Firm
41850 W. Eleven Mile, Suite 101
Novi, MI 48375
(248) 489-9653 | (248) 347-6630 (Fax)
wolf@wolfmuellerlaw.com
www.wolfmuellerlaw.com

