# EXHIBIT 8

# January 6, 2025 - Inquiry From Attorney Santos to Attorney Romanucci Re Intent to Substitute Counsel

| | |
|---|---|
| **From:** | cory |
| **Received:** | Mon 1/6/2025 2:10 PM |
| **To:** | Wolf Mueller; Theresa Santos; Antonio Romanucci; Patrick Driscoll |
| **Cc:** | Gina Arquilla Deboni; Esq. Cory A. Santos (supercorylaw@yahoo.com) |
| **Subject:** | RE: Kristina Kerlus Filing |

Mr. Romanucci,

Following up on this, have you decided what you are going to do?
Again, my office is happy to assist as local counsel for you if needed, however, we need direction if you are in fact proper counsel for the plaintiff.
Have you spoken with Ms. Kerlus about this?
As time is of the essence, please advise.

Sincerely,
Cory A. Santos, Sr., Esq.
SANTOS LAW, PLLC.
241 Ridge Street, Suite 340
Reno, NV 89501

*Board Certified in Workers' Compensation by the State Bar of Nevada*
* AV Rated by Martindale-Hubbell*
*Member, The National Trial Lawyers Top 100*
*Member, The American Association for Justice*
*Member, The Federalist Society*

Practicing primarily in Workers' Compensation, Entertainment Law, Personal Injury, Employment Law, Wills, Criminal and Civil Law.

*CORYSANTOSLAW.COM*

Reno:            P: (775) 420-5222 / F: (775) 448-6004
Las Vegas/Henderson: P: (702) 592-6843 / F: (702) 456-5130







*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message. IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.