# EXHIBIT 9

# January 6, 2025 - Out of Office Reply from Attorney Romanucci

Antonio Romanucci <aromanucci@rblaw.net>   1/6/2025 2:11 PM

Automatic reply: Kristina Kerlus Filing

To cory <cory@santoslawoffices.com>

I am out of the office. If you have any urgent or emergency questions, please feel free to contact Elizabeth Romanucci (eromanucci@rblaw.net) 312-253-8780. Thank you for the consideration.

Antonio Romanucci