# EXHIBIT 10

# January 13, 2025 - Inquiry From Attorney Santos to Attorney Romanucci Re Intent to Substitute Counsel

| | |
|---|---|
| **From:** | cory |
| **Received:** | Mon 1/13/2025 12:22 PM |
| **To:** | Wolf Mueller; Theresa Santos; Antonio Romanucci; Patrick Driscoll |
| **Cc:** | Gina Arquilla Deboni; Esq. Cory A. Santos (supercorylaw@yahoo.com) |
| **Subject:** | RE: Kristina Kerlus Filing |

Dear Mr. Romanucci,

My office has left you phone messages and sent you emails regarding this matter previously. I have not heard back from you since I believe December 21, 2024 (via email).

Also, as of today, I have not received a copy of a client retainer between your office and Ms. Kerlus.

I cannot continue to act as local counsel unless it is clear who represents Ms. Kerlus and an agreement is reached between my office and yours.

Kindly let me know if you would like my office to act as local counsel or if you are going to obtain another firm to act as local counsel in Nevada.

As it is close to being one month since the complaint in this matter was filed, if I do not hear from you in writing before the close of business on Friday, January 17, 2025 (Nevada time), I will have no choice but to file a Motion to Withdraw as counsel in this matter.

Thank you for your prompt attention to this matter as time is of the essence.

Sincerely,
Cory A. Santos, Sr., Esq.
SANTOS LAW, PLLC.
241 Ridge Street, Suite 340
Reno, NV 89501

*Board Certified in Workers' Compensation by the State Bar of Nevada*
* AV Rated by Martindale-Hubbell*
*Member, The National Trial Lawyers Top 100*
*Member, The American Association for Justice*
*Member, The Federalist Society*

Practicing primarily in Workers' Compensation, Entertainment Law, Personal Injury, Employment Law, Wills, Criminal and Civil Law.

*CORYSANTOSLAW.COM*

Reno:                P: (775) 420-5222 / F: (775) 448-6004
Las Vegas/Henderson: P: (702) 592-6843 / F: (702) 456-5130







*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies of the original message. IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.