# EXHIBIT 12

# January 28, 2025 - Out of Office Reply from Attorney Gina DeBoni

**Gina Arquilla Deboni** <gad@rblaw.net>  1/28/2025 4:24 PM

## Automatic reply: Kristina Kerlus Filing

To cory <cory@santoslawoffices.com>

Please be advised that I am out of office and will return on Friday, January 31, 2025. I will be checking email periodically but may be slow to respond. If this email requires immediate assistance, please contact Debra Thomas at dthomas@rblaw.net

Kind Regards,

Gina A. DeBoni