# EXHIBIT 13

# February 4, 2025 - Inquiry From Attorney Santos to Attorney DeBoni Re Intent to Resolve Representation Issue

cory <cory@santoslawoffices.com>                               2/4/2025 12:24 PM

## RE: Kristina Kerlus Filing

To Gina Arquilla Deboni <gad@rblaw.net> • Theresa Santos <tsantos@santoslaw.attys.pro> •
Wolf Mueller <wolf@wolfmuellerlaw.com>    Copy Patrick Driscoll <pdriscoll@rblaw.net> •
Antonio Romanucci <aromanucci@rblaw.net>

---

Hi Gina, I received an out of office reply from my last email.
I am following up.  I need to know what your intentions are.
Thank you.

Sincerely,
CAS
702 592 6843 direct

> On 01/28/2025 4:24 PM PST cory <cory@santoslawoffices.com> wrote:
>
> Hi Gina,
> I waited a while so your partner could get back to me but I have not received a response.
> Can we schedule a phone appointment this week to get this completed?
> I also see the judge issued an order regarding his letter.
> Hope all is well.
> I can be reached directly at 702 592 6843.
> Thanks,
> Sincerely,
> Cory A. Santos, Sr., Esq.
> SANTOS LAW, PLLC.
> 241 Ridge Street, Suite 340
> Reno, NV 89501
>
> *Board Certified in Workers' Compensation by the State Bar of Nevada*
> * AV Rated by Martindale-Hubbell*
> *Member, The National Trial Lawyers Top 100*
> *Member, The American Association for Justice*
> *Member, The Federalist Society*
>
> Practicing primarily in Workers' Compensation, Entertainment Law, Personal Injury, Employment Law, Wills, Criminal and Civil Law.
>
> *CORYSANTOSLAW.COM*
>
> Reno:                    P: (775) 420-5222 / F: (775) 448-6004
> Las Vegas/Henderson: P: (702) 592-6843 / F: (702) 456-5130

