# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS,<br>    Plaintiff,<br>v.<br>JENNIFER CORNEAL, *et al.*,<br>    Defendants. | Case No.: 2:24-cv-02352-NJK<br><br>**Order** |

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 9. Accordingly, Wolfgang Mueller, Antonio Romanucci, and Patrick Driscoll are **ORDERED** to file a notice with the Court indicating who is representing Plaintiff by **March 19, 2025**. Further, counsel for Plaintiff must file their *pro hac vice* application by **March 19, 2025**.

Plaintiff's counsel must serve a copy of this order on Wolfgang Muller, Antonio Romanucci, and Patrick Driscoll and must file a proof of service no later than **March 17, 2025**.

IT IS SO ORDERED.

Dated: March 14, 2025.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1