Cory A. Santos, Sr., Esq.
Nevada State Bar No.: 8247
Cory@SantosLawOffices.com
Theresa M. Santos, Esq.
Nevada State Bar No.: 9448
TSantos@SantosLaw.Attys.Pro
SANTOS LAW, PLLC.
241 Ridge Street, Suite 340
Reno, NV 89501
Office: (775) 420-5222/Fax: (702) 456-5130
*Designated Resident Nevada Counsel
for Plaintiff Kristine Kerlus*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally,<br><br>Defendants. | Case No.: 2:24-cv-02352-NJK<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on the 14th day of March, 2025, a copy of **the Court's Order (ECF. No. 10)** in the above entitled matter was:

  X    deposited in the United States mail, postage prepaid addressed to:

  _X__   Patrick J. Driscoll, Esq.
         Antonio Romanucci, Esq.
         Gina DeBoni, Esq.
         Romanucci & Blandin
         321 N. Clark St., Ste. 900
         Chicago, IL 60654

///
///
///

   _X_    Wolfgang Mueller, Esq.
Mueller Law
41859 W. 11 Mile Rd., Ste. 101
Novi, MI 48375

   _X_    Emailed to:

Pdriscoll@rblaw.net
Gad@rblaw.net
Aromanucci@rblaw.net
Wolf@wolfmuellerlaw.com

SANTOS LAW, PLLC

By: /s/ Theresa M. Santos
_____
Nevada State Bar No. 8247
cory@santoslawoffices.com
Theresa M. Santos, Esq.
Nevada State Bar No. 9448
Tsantos@santoslaw.attys.pro
241 Ridge St., Suite 340
Reno, NV 89501
Office: (775) 323-1084; Fax (702) 456-5130
*Designated Resident Nevada Counsel for Plaintiff*