# EXHIBIT 1

# ECF. No. 10 - Order

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KRISTINA KERLUS,

   Plaintiff,

v.

JENNIFER CORNEAL, *et al.*,

   Defendants.

Case No.: 2:24-cv-02352-NJK

**Order**

   Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 9. Accordingly, Wolfgang Mueller, Antonio Romanucci, and Patrick Driscoll are **ORDERED** to file a notice with the Court indicating who is representing Plaintiff by **March 19, 2025**. Further, counsel for Plaintiff must file their *pro hac vice* application by **March 19, 2025**.

   Plaintiff's counsel must serve a copy of this order on Wolfgang Muller, Antonio Romanucci, and Patrick Driscoll and must file a proof of service no later than **March 17, 2025**.

   IT IS SO ORDERED.

   Dated: March 14, 2025.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1