PAUL S. PADDA, ESQ. (NV Bar No. 10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS; individually,<br><br>Plaintiff,<br><br>vs.<br><br>DR. JENNIFER CORNEAL; in her individual capacity; et. al.<br><br>Defendants. | Case No. 2:24-cv-2352-NJK |

### NOTICE OF APPEARANCE BY PAUL S. PADDA, ESQ. ON BEHALF OF PLAINTIFF KRISTINA KERLUS

Pursuant to this Court's Local Rule of Civil Practice LR IA 11-6, Paul S. Padda, Esq. hereby enters his appearance on behalf of Plaintiff Kristina Kerlus. Ms. Kerlus has retained undersigned counsel and has expressly authorized him to file this Notice. All communications, papers and other matters related to this case shall include Paul S. Padda as a recipient.

PAUL PADDA LAW, PLLC

/s/ *Paul S. Padda*
_____
Paul S. Padda, Esq.
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103

*Attorney for Plaintiff Kristina Kerlus*

Dated: March 17, 2025

1

**CERTIFICATE OF SERVICE**

     Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby certifies that on this day, March 17, 2025, a true and correct copy of the foregoing **NOTICE OF APPEARANCE BY PAUL S. PADDA, ESQ. ON BEHALF OF PLAINTIFF KRISTINA KERLUS** was filed with the Court and served, through the Court's electronic filing system, upon all parties and their respective counsel identified on the Court's e-service list, as well as to the following via United States Mail (first-class, postage prepaid):

Wolfgang Mueller, Esq.
Mueller Las Firm
41850 West 11 Mile Road, Suite 101
Novi, Michigan  48375

Antonio M. Romanucci, Esq.
Patrick J. Driscoll, Esq.
Romanucci & Blandin
321 North Clark Street, Suite 900
Chicago, Illinois  60654

/s/ Paul S. Padda
_____
Paul S. Padda

2