Docusign Envelope ID: 6E340368-F7A5-4B64-B6F5-E33A6D79FD27



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
## www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
3/18/2025

Re: Patrick Driscoll
Attorney No. 6345878

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Patrick Driscoll was admitted to practice law in Illinois on 11/9/2023; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Patrick James Driscoll

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Patrick James Driscoll was duly admitted to practice in said Court on (02/07/2024) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/18/2025 )

Thomas G. Bruton , Clerk,

By: C. Kellens
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
BY: s/ C. KELLENS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
March 18, 2025