1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case # 2:24-cv-02352

KRISTINA KERLUS, individually

      Plaintiff(s),

   vs.

DR. JENNIFER CORNEAL, in her
individual capacity, et al.

      Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

    Antonio M. Romanucci   . Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

        Romanucci & Blandin, LLC
            (firm name)

with offices at         321 N. Clark St., Suite 900
                (street address)

    Chicago              Illinois       60654
     (city)               (state)      (zip code)

    312 458 1000        aromanucci@rblaw.net
  (area code + telephone number)     (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

    KRISTINA KERLUS         to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Docusign Envelope ID: 6E340368-F7A5-4B64-B6F5-E33A6D79FD27

3.     That since _____November 7, 1985_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____Illinois_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Illinois | December 1985 | 6190290 |
| See Attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

Antonio M. Romanucci Registered Courts:

| |
|---|
| Illinois State Bar  November 7, 1985 |
| Thirteen Judicial Circuit - Hillsborough County, FL- Admitted on 1/12/17 |
| US District Court Middle District of Florida, Ocala Division - Admitted on 3/15/17 |
| US District Court Central District of Illinois Admitted 1985 |
| US District Court Northern District of Illinois Eastern Division - December 1985 |
| US District Court Southern District of Illinois Admitted 1985 |
| US District Court Eastern District of Louisiana |
| US District Court Western District of Louisiana Shreveport Division Sept. 8, 2015 |
| Western District of Michigan Southern Division April 2013 |
| US District Court Minnesota |
| US District Court New York Southern District |
| US District Court North Dakota |
| US District Court Oklahoma Western District |
| US District Court for the District of Nebraska - Admitted on 2/27/17 |
| US District Court Tennessee Western District Court |
| US District Court Northern District of Texas August 28, 2015 |
| US District Court District of Utah - Admitted on September 2016 |
| US District Court Eastern District of Wisconsin - February 2014 |

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> NONE

7.    That Petitioner is a member of good standing in the following Bar Associations.

> Illinois

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                  _____
                                                                   Petitioner's signature

     STATE OF _____Illinois_____ )
5                                     )
     COUNTY OF _____Cook_____      )
6

7    _____Antonio M. Romanucci_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                                  _____
                                                                   Petitioner's signature

10   Subscribed and sworn to before me this

11

12   __18th__ day of __March__, 2025

13                                                                  Official Seal
                                                                   MICHAEL ELLIOT HOLDEN
                                                                   Notary Public, State of Illinois
14   _____                               Commission No. 1005247
          Notary Public or Clerk of Court                          My Commission Expires February 24, 2029

15

16             **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                  **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18          Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19   believes it to be in the best interests of the client(s) to designate _____Paul S. Padda_____,
                                                                               (name of local counsel)
20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21   above-entitled Court as associate resident counsel in this action.  The address and email address of

22   said designated Nevada counsel is:

23          _____4560 South Decatur Blvd, Suite 300_____
                                        (street address)
24
     _____Las Vegas_____,  _____Nevada_____,  ____89103____
25            (city)                    (state)              (zip code)

26   ____(702) 366-1888____.  ____psp@paulpaddalaw.com____
         (area code + telephone number)        (Email address)
27

28                                          4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Paul S. Padda _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

/s/ *KRISTINA KERLUS*

(party's signature)

Kristina Kerlus, Plaintiff

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Paul S. Padda*

Designated Resident Nevada Counsel's signature

*10417*         *psp@paulpaddalaw.com*

Bar number         Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16