# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Antonio Maurizio Romanucci

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/1985 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 3rd day of March, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# CERTIFICATE OF GOOD STANDING



*United States of America*

*Northern District of Illinois*

} ss. Antonio Maurizio Romanucci

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Antonio Maurizio Romanucci was duly admitted to practice in said Court on (12/19/1985) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/18/2025 )

                                         Thomas G. Bruton , Clerk,

                               By:  C. Kellens
                                        Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
BY: s/ C. KELLENS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
March 18, 2025