Cory A. Santos, Sr., Esq.
Nevada State Bar No.: 8247
Cory@SantosLawOffices.com
Theresa M. Santos, Esq.
Nevada State Bar No.: 9448
TSantos@SantosLaw.Attys.Pro
SANTOS LAW, PLLC.
241 Ridge Street, Suite 340
Reno, NV 89501
Office: (775) 420-5222/Fax: (702) 456-5130
*Designated Resident Nevada Counsel
for Plaintiff Kristine Kerlus*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally,<br><br>Defendants. | Case No.: 2:24-cv-02352-APG-DJA<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

On March 13, 2025, attorneys Cory A. Santos, Sr. and Theresa M. Santos ("Santos Law") filed a Motion to Withdraw. (ECF. No. 9). The following day, the Court ordered attorneys Wolfgang Mueller, Antonio Romancucci and Patrick Driscoll to file a notice with the Court by March 19, 2025, indicating who is representing the Plaintiff and to file the appropriate pro hac vice application. (ECF. No. 10).

On March 17, 2025, Attorney Paul Padda filed a Notice of Appearance on behalf of Plaintiff. (ECF. No. 13). On March 19, 2025, attorneys Romanucci and Driscoll sought permission to practice Pro Hac Vice. (ECF. Nos. 16, 17). Their requests were granted the same day, with attorney Paul Padda approved as local counsel. (ECF. Nos. 18, 19).

1  Oppositions to the Motion to Withdraw were due March 29, 2025.  No opposition was
2 ever filed.
3  The Motion to Withdraw is hereby granted.

**IT IS SO ORDERED**

_____
DISTRICT COURT JUDGE

_____
DATED