PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
**-and-**
ANTONIO M. ROMANUCCI, ESQ. (Admitted PHV)
Email: aromanucci@rblaw.net
PATRICK DRISCOLL, ESQ. (Admitted PHV)
Email: pdriscoll@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, Illinois 60654
Tele: (312) 458-1000

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTINA KERLUS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a municipal corporation; COUNTY OF CLER, a municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; jointly and severally,<br><br>Defendants. | Case No. 2:24-cv-02352<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS AGIANST DEFENDANT CITY OF LAS VEGAS** |

## NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT CITY OF LAS VEGAS

Pursuant to Federal Rules of Civil Procedure 41(a)(i), Plaintiff Kristina Kerlus, by and through undersigned counsel, respectful requests that the Court dismiss the City of Las Vegas as

1

1 a defendant, who has not yet filed an answer or motion for summary judgment in the above-
2 entitled action.

                              Respectfully submitted,

                              PAUL PADDA LAW

                              */s/ Paul S. Padda*
                              Paul S. Padda, Esq

                              Attorney for Plaintiff

                              Dated: April 10, 2025

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

2

**CERTIFICATE OF SERVICE**

    Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby certifies that on this day, April 10, 2025, a copy of the foregoing document was filed with the Court and a copy served upon all respective parties and their counsel through the Court's electronic filing system.

                                                                  _/s/ Nicole Moran_
                                                                  Nicole Moran
                                                                  Paralegal

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940