AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02532

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Dr. Jennifer Corneal</u> was received by me on *(date)* <u>4/3/2025</u>.

[X] I personally served the summons on the individual at *(place)* <u>15745 West Bonitos Drive, Goodyear, AZ 85395</u> on *(date)* <u>Mon, Apr 07 2025</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 04/10/2025

*(signature)*

_____
*Server's signature*

Andrea Stancill
_____
*Printed name and title*

4939 W. Ray Rd. Ste 4-188, Chandler, AZ 85226
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 4, 2025, 6:48 pm MST at Company: 15745 West Bonitos Drive, Goodyear, AZ 85395
Single story home inside of a gated community. Tan in color with rock accents. No answer, no sounds, no lights visibly on through the glass on either side of the main front door. There is a locked gate that prevents me from accessing to knock but I did ring the doorbell twice.

2) Successful Attempt: Apr 7, 2025, 4:27 pm MST at Company: 15745 West Bonitos Drive, Goodyear, AZ 85395 received by Dr. Jennifer Corneal. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'4"; Hair: Gray; Eyes: Brown; Other: Appearance details are to the best of my judgement. She was wearing glasses;
Served papers to Dr Jennifer Corneal