AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02532

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Angie Renee Santos</u> was received by me on *(date)* <u>April 2, 2025</u>.

☒ I personally served the summons on the individual at *(place)* <u>1914 Bentwater Parkway, Granbury, TX 76049</u> on *(date)* <u>Tue, Apr 08 2025</u> ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 04/08/2025

*Server's signature*: Dawn Sheree' Chapman

Dawn Sheree Chapman PSC17593
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 4, 2025, 8:36 am CDT at Home: 1914 Bentwater Parkway, Granbury, TX 76049
I arrived to serve Angie, however there is no answer at the door. There are 2 vehicles with plates TXK0051 and VMK3023 in the driveway. I left a door hanger on the handle of the door.

2) Successful Attempt: Apr 8, 2025, 12:32 pm CDT at Home: 1914 Bentwater Parkway, Granbury, TX 76049 received by Angie Renee Santos. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'4"; Hair: Blond;