ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Dr. Jennifer Corneal and County of Clark*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| KRISTINA KERLUS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; and COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally,<br><br>Defendants. | CASE NO. 2:24-cv-02352-APG-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANTS DR. JENNIFER CORNEAL AND COUNTY OF CLARK'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants, Dr. Jennifer Corneal and County of Clark ("Defendants"), by and through their attorney of record, Robert W. Freeman, Esq., of Lewis Brisbois Bisgaard & Smith LLP, and Plaintiff Kristina Kerlus, by and through her counsel of record, Paul S. Padda, of Paul Padda Law, PLLC, that:

The due date for the Defendants' Response to Plaintiff's First Amended Complaint (ECF No. 7), be extended Thirty (30) days, from April 28, 2025, to May 28, 2025.

156079261.1

**Reason for the Extension:**

Because of the complexity of the claims made in Plaintiff's Complaint, Defendants need additional time to perform an investigation prior to filing their initial responsive pleading. This includes meeting with clients, percipient witnesses and ensuring the compilation of the prior file and analyzing the same. This is Defendants' first request to extend this deadline, which is made in good faith and not for purposes of delay. Plaintiff Counsel has graciously agreed to the instant extension of time.

DATED this 22nd day of April, 2025.   DATED this 22nd day of April, 2025.

**PAUL PADDA LAW, PLLC**          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Paul S. Padda*           By: */s/ Robert W. Freeman*
    PAUL S. PADDA                        ROBERT W. FREEMAN
    Nevada Bar #10417                    Nevada Bar No. 3062
    4560 South Decatur Blvd., Suite 300  FRANK A. TODDRE, II
    Las Vegas, Nevada 89103              Nevada Bar No. 11474
                                         E. MATTHEW FREEMAN
    ANTONIO M. ROMANUCCI                 Nevada Bar No. 14198
    (Admitted PHV)                       6385 S. Rainbow Blvd, Suite 600
    PATRICK DRISCOLL                     Las Vegas, Nevada 89118
    (Admitted PHV)                       *Attorneys for Dr. Jennifer Corneal and*
    **ROMANUCCI & BLANDIN, LLC**         *County of Clark*
    321 North Clark Street, Suite 900
    Chicago, Illinois 60654

*Attorneys for Plaintiff*
*Kristina Kerlus*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

156079261.1                    2