LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant*
*Angie Santos*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS, individually,<br><br>          Plaintiff,<br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; and COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally<br><br>          Defendants. | Case No.:   2:24-cv-02352-APG-DJA<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>**[ECF No. 7]**<br>(First Request) |

Defendant Angie Santos ("Santos"), by and through her counsel, Kaempfer Crowell, and Plaintiff, Kristina Kerlus ("Plaintiff"), by and through her counsel, Paul Padda Law, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this Court. This is the first request for an extension

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3964126_1.docx  6943.33X

Page 1 of 2

of time to file an answer or otherwise respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on December 17, 2024, [ECF No. 1]. Santos was served on April 9, 2025. The current deadline for Santos to respond to the Complaint is April 30, 2025. Counsel for Santos has just been retained and requires some additional time to review the case and prepare a responsive pleading.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including Wednesday, May 28, 2025, for Santos to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this <u>25th</u> day of April, 2025.

| KAEMPFER CROWELL | PAUL PADDA LAW |
|---|---|
| By: /s/ *Lyssa S. Anderson* <br> LYSSA S. ANDERSON (5781) <br> KRISTOPHER J. KALKOWSKI (14892) <br> TRAVIS C. STUDDARD (16454) <br> 1980 Festival Plaza Drive, # 650 <br> Las Vegas, Nevada 89135 <br><br> **Attorneys for Defendant** <br> **Angie Santos** | By: /s/ *Ravi Chanderraj* <br> PAUL S. PADDA (10417) <br> RAVI CHANDERRAJ (8400) <br> 4560 South Decatur Blvd., #300 <br> Las Vegas, NV 89103 <br><br> **Attorneys for Plaintiff** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:_____

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3964126_1.docx  6943.33X

Page 2 of 2