1  LYSSA S. ANDERSON
Nevada Bar No. 5781
2  KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
3  TRAVIS C. STUDDARD
Nevada Bar No. 16454
4  KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
5  Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
6  Fax:            (702) 796-7181
landerson@kcnvlaw.com
7  kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
8
*Attorneys for Defendant*
9  *Angie Santos*

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF NEVADA**

12  KRISTINA KERLUS, individually,

13              Plaintiff,

    vs.
14
    DR. JENNIFER CORNEAL, in her individual
15  capacity; A. SANTOS, in her individual
    capacity; CITY OF LAS VEGAS, a Municipal
16  corporation; and COUNTY OF CLARK, a
    Municipal corporation; LAS VEGAS
17  METROPOLITAN POLICE DEPARTMENT,
    jointly and severally
18
              Defendants.
19

Case No.:   2:24-cv-02352-APG-DJA

**JOINT MOTION**
~~**STIPULATION**~~**, REQUEST AND ORDER
EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT
[ECF No. 7]**
(First Request)

20        Defendant Angie Santos ("Santos"), by and through her counsel, Kaempfer Crowell, and

21  Plaintiff, Kristina Kerlus ("Plaintiff"), by and through her counsel, Paul Padda Law, hereby

22  respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise

23  Respond to Plaintiff's Complaint (the "Stipulation").  This Stipulation is made in accordance with

24  LR IA 6-1 and LR IA 6-2 of the Local Rules of this Court.  This is the first request for an extension

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3964126_1.docx  6943.33X

Page 1 of 2

1   of time to file an answer or otherwise respond to Plaintiff's Complaint.

2          Plaintiff filed her Complaint on December 17, 2024, [ECF No. 1]. Santos was served on

3   April 9, 2025. The current deadline for Santos to respond to the Complaint is April 30, 2025.

4   Counsel for Santos has just been retained and requires some additional time to review the case and

5   prepare a responsive pleading.

6          Upon agreement by and between all the parties hereto as set forth herein, the undersigned

7   respectfully requests this Court grant an extension of time, up to and including Wednesday, May

8   28, 2025, for Santos to file an answer or otherwise respond to Plaintiff's Complaint. By entering

9   into this Stipulation, none of the parties waive any rights they have under statute, law or rule with

10  respect to Plaintiff's Complaint.

11         DATED this 25th day of April, 2025.

12  KAEMPFER CROWELL                          PAUL PADDA LAW

13

14  By:   /s/ Lyssa S. Anderson               By:   /s/ Ravi Chanderraj
          LYSSA S. ANDERSON (5781)                  PAUL S. PADDA (10417)
          KRISTOPHER J. KALKOWSKI (14892)           RAVI CHANDERRAJ (8400)
15        TRAVIS C. STUDDARD (16454)                 4560 South Decatur Blvd., #300
          1980 Festival Plaza Drive, # 650          Las Vegas, NV 89103
16        Las Vegas, Nevada 89135

17        **Attorneys for Defendant**              **Attorneys for Plaintiff**
          **Angie Santos**

18  Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or
    their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats
19  this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).
    The Court GRANTS the joint motion (ECF No. 36). IT IS SO ORDERED.

20

21
    _____
22  DANIEL J. ALBREGTS
    UNITED STATES MAGISTRATE JUDGE

23  DATED: 4/28/2025

24