AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02532

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Las Vegas Metropolitan Police Department</u> was received by me on *(date)* <u>5/13/2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Marlene Srok</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Las Vegas Metropolitan Police Department</u> on *(date)* <u>Wed, May 14 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 05/15/2025

*Server's signature*

Adam Schwartz R-2021-06049

*Printed name and title*

6592 North Decatur Boulevard Unit 150-143, Las Vegas, NV 89131

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 14, 2025, 1:42 pm PDT at 400 South Martin Luther King Jr Boulevard, Las Vegas, NV 89106 received by Marlene Srok . Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'6"; Hair: Brown;