# EXHIBIT A

**Declaration of Marleen Srok**

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS, individually,<br><br>Plaintiff,<br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; and COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally<br><br>Defendants. | Case No.:   2:24-cv-02352-APG-DJA<br><br>**DECLARATION OF MARLEEN SROK** |

Now comes Marleen Srok, who declares as follows:

1. I am over the age of twenty-one and am competent to make this Declaration.

2. I have personal knowledge of the facts set forth herein unless stated otherwise.

3. I am employed by the Las Vegas Metropolitan Police Department ("LVMPD") as an Investigative Specialist.

4. My assigned duties as an Investigative Specialist include receiving, reviewing, and internally saving notices from citizens regarding civil claims against LVMPD or its employees, which includes pre-litigation demand letters and civil complaints filed in State or Federal court.

5. In the ordinary course of business, LVMPD's Risk Management department retains all records regarding written notice of potential civil claims that have been or are likely to be filed against LVMPD or against its employees for actions taken within the scope of employment with LVMPD.

6. In preparing this Declaration, I coordinated with LVMPD's Risk Management

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

Declaration - Marleen Srok re Notice of Lawsuit.docx  6943.335

Page 1 of 2

1  department to determine when LVMPD first received written notice of Plaintiff Kristina Kerlus's
2  intent to bring civil claims against LVMPD or its employees in the above-captioned matter based
3  on actions taken as part of employment with LVMPD.

4      7.    My review of records and coordination with LVMPD's Risk Management
5  department did not locate any written notice by Plaintiff or her counsel regarding claims or intent
6  to bring claims against LVMPD or its employees, until LVMPD's General Counsel's Office
7  received by email a copy of a summons directed to A. Santos on April 8, 2025.

8      8.    LVMPD itself did not receive by mail or process server a written notice of claims
9  or version of a complaint in this above-captioned matter until May 14, 2025.

10      9.    I make these statements under the penalty of perjury and based on the information
11  known to me to date.

13  DATED this **27** day of May, 2025.

By: *Marleen Srok* (signature)

**Marleen Srok, Investigate Specialist**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

Declaration - Marleen Srok re Notice of Lawsuit.docx  6943.335

Page 2 of 2