LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant
Angie Santos*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS, individually,<br><br>Plaintiff,<br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; and COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally<br><br>Defendants. | Case No.: 2:24-cv-02352-APG-DJA<br><br>**DEFENDANT SANTOS' ANSWER TO FIRST AMENDED COMPLAINT**<br>**[ECF No. 7]** |

Defendant Angie Santos ("LVMPD Defendant" or "Santos") for her Answer to Plaintiff's First Amended Complaint, admits, denies and alleges as follows:

1. Answering Paragraph 1 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 1 of 17

2.   Answering Paragraph 2 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

3.   Answering Paragraph 3 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

4.   Answering Paragraph 4 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

5.   Answering Paragraph 5 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

6.   Answering Paragraph 6 of Plaintiff's First Amended Complaint, Santos admits that her P number was 7200, she was employed as a detective with LVMPD, and was acting within the scope of her employment.  Santos denies that LVMPD is a department of Defendant Las Vegas.

7.   Answering Paragraph 7 of Plaintiff's First Amended Complaint, Santos affirmatively alleges that she was a sworn police officer with LVMPD and took an oath.

8.   Answering Paragraph 8 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

9.   Answering Paragraph 9 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

10.   Answering Paragraph 10 of Plaintiff's First Amended Complaint, Santos admits

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 2 of 17

that LVMPD is a political subdivision of the State of Nevada. Santos denies that Corneal was an employee of LVMPD. As to the remaining allegations in said Paragraph, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

11. Answering Paragraph 11 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

12. Answering Paragraph 12 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

13. Answering Paragraph 13 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

14. Answering Paragraph 14 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

15. Answering Paragraph 15 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

16. Answering Paragraph 16 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

17. Answering Paragraph 17 of Plaintiff's First Amended Complaint, the CT scan speaks for itself.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 3 of 17

18. Answering Paragraph 18 of Plaintiff's Amended Complaint, Santos admits the allegations contained herein.

19. Answering Paragraph 19 of Plaintiff's Amended Complaint, Santos admits the allegations contained herein.

20. Answering Paragraph 20 of Plaintiff's Amended Complaint, Santos admits the allegations contained herein.

21. Answering Paragraph 21 of Plaintiff's Amended Complaint, Santos admits the allegations contained herein.

22. Answering Paragraph 22 of Plaintiff's First Amended Complaint, Corneal's report speaks for itself.

23. Answering Paragraph 23 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

24. Answering Paragraph 24 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

25. Answering Paragraph 25 of Plaintiff's First Amended Complaint, Corneal's report speaks for itself.

26. Answering Paragraph 26 of Plaintiff's First Amended Complaint, Corneal's report speaks for itself.

27. Answering Paragraph 27 of Plaintiff's First Amended Complaint, Corneal's report speaks for itself.

28. Answering Paragraph 28 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the allegations contained in

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 4 of 17

said paragraph and therefore denies the same.

29. Answering Paragraph 29 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

30. Answering Paragraph 30 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

31. Answering Paragraph 31 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

32. Answering Paragraph 32 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

33. Answering Paragraph 33 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

34. Answering Paragraph 34 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

35. Answering Paragraph 35 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

36. Answering Paragraph 36 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 5 of 17

1  said paragraph and therefore denies the same.

2      37.    Answering Paragraph 37 of Plaintiff's Amended Complaint, Santos is without
3  knowledge or information sufficient to form a belief as to the truth of the allegations contained in
4  said paragraph and therefore denies the same.

5      38.    Answering Paragraph 38 of Plaintiff's Amended Complaint, Santos is without
6  knowledge or information sufficient to form a belief as to the truth of the allegations contained in
7  said paragraph and therefore denies the same.

8      39.    Answering Paragraph 39 of Plaintiff's Amended Complaint, Santos admits the
9  allegations contained herein.

10     40.    Answering Paragraph 40 of Plaintiff's Amended Complaint, Santos admits the
11 allegations contained herein.

12     41.    Answering Paragraph 41 of Plaintiff's Amended Complaint, Santos denies the
13 allegations contained therein.

14     42.    Answering Paragraph 42 of Plaintiff's Amended Complaint, Santos is without
15 knowledge or information sufficient to form a belief as to the truth of the allegations contained in
16 said paragraph and therefore denies the same.

17     43.    Answering Paragraph 43 of Plaintiff's Amended Complaint, Santos admits the
18 allegations contained herein.

19     44.    Answering Paragraph 44 of Plaintiff's Amended Complaint, Santos is without
20 knowledge or information sufficient to form a belief as to the truth of the allegations contained in
21 said paragraph and therefore denies the same.

22     45.    Answering Paragraph 45 of Plaintiff's Amended Complaint, Santos is without
23 knowledge or information sufficient to form a belief as to the truth of the allegations contained in
24 said paragraph and therefore denies the same.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 6 of 17

46. Answering Paragraph 46 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

47. Answering Paragraph 47 of Plaintiff's First Amended Complaint, Santos affirmatively alleges that her report speaks for itself. Santos denies the allegations that the contents of her report contained deliberate falsehoods.

48. Answering Paragraph 48 of Plaintiff's First Amended Complaint, Santos admits she submitted a declaration of arrest report which speaks for itself. Santos denies the remainder of said paragraph.

49. Answering Paragraph 49 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

50. Answering Paragraph 50 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

51. Answering paragraph 51 of Plaintiff's First Amended Complaint, Matshes' report speaks for itself.

52. Answering paragraph 52 of Plaintiff's First Amended Complaint, Corneal's autopsy report speaks for itself.

53. Answering paragraph 53 of Plaintiff's First Amended Complaint, Matshes' report speaks for itself.

54. Answering Paragraph 54 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

55. Answering paragraph 55 of Plaintiff's First Amended Complaint, Shaller's report

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 7 of 17

speaks for itself.

56. Answering Paragraph 56 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

57. Answering Paragraph 57 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

58. Answering Paragraph 58 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

59. Answering Paragraph 59 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

60. Answering Paragraph 60 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

61. Answering Paragraph 61 of Plaintiff's Amended Complaint, Santos repeats and realleges her answers to the preceding paragraphs, inclusive, and incorporates the same by reference as though fully set forth therein.

62. Answering Paragraph 62 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

63. Answering Paragraph 63 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

64. Answering Paragraph 64 of Plaintiff's Amended Complaint, Santos is without

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.335

Page 8 of 17

knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

65. Answering Paragraph 65 of Plaintiff's Amended Complaint, Santos repeats and realleges her answers to the preceding paragraphs, inclusive, and incorporates the same by reference as though fully set forth therein.

66. Answering Paragraph 66 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

67. Answering Paragraph 67 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

68. Answering Paragraph 68 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

69. Answering Paragraph 69 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

70. Answering Paragraph 70 of Plaintiff's Amended Complaint, Santos repeats and realleges her answers to the preceding paragraphs, inclusive, and incorporates the same by reference as though fully set forth therein.

71. Answering Paragraph 71 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

72. Answering Paragraph 72 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 9 of 17

73. Answering Paragraph 73 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

74. Answering Paragraph 74 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

75. Answering Paragraph 75 of Plaintiff's Amended Complaint, Santos repeats and realleges her answers to the preceding paragraphs, inclusive, and incorporates the same by reference as though fully set forth therein.

76. Answering Paragraph 76 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

77. Answering Paragraph 77 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

78. Answering Paragraph 78 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

79. Answering Paragraph 79 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

80. Answering Paragraph 80 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

81. Answering Paragraph 81 of Plaintiff's Amended Complaint, Santos alleges that the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 10 of 17

allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

82. Answering Paragraph 82 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

83. Answering Paragraph 83 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

84. Answering Paragraph 84 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

85. Answering Paragraph 85 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

86. Answering Paragraph 86 of Plaintiff's Amended Complaint, Santos repeats and realleges her answers to the preceding paragraphs, inclusive, and incorporates the same by reference as though fully set forth therein.

87. Answering Paragraph 87 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

88. Answering Paragraph 88 of Plaintiff's First Amended Complaint, Santos affirmatively alleges that she was not employed by Defendant Las Vegas and, as such, would not have received employee training from it.

89. Answering Paragraph 89 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 11 of 17

said paragraph and therefore denies the same.

90. Answering Paragraph 90 of Plaintiff's First Amended Complaint, Santos affirmatively alleges that evaluating evidence to determine if probable cause supports a declaration of warrant was a regular function of her employment as a detective at LVMPD.

91. Answering Paragraph 91 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

92. Answering Paragraph 92 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

93. Answering Paragraph 93 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

94. Answering Paragraph 94 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

95. Answering Paragraph 95 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

96. Answering Paragraph 96 of Plaintiff's Amended Complaint, Santos repeats and realleges her answers to the preceding paragraphs, inclusive, and incorporates the same by reference as though fully set forth therein.

97. Answering Paragraph 97 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

98. Answering Paragraph 98 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 12 of 17

99. Answering Paragraph 99 of Plaintiff's Amended Complaint, Santos is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore denies the same.

100. Answering Paragraph 100 of Plaintiff's First Amended Complaint, Santos affirmatively alleges that evaluating evidence to determine if probable cause supports a declaration of warrant was a regular function of her employment as a detective at LVMPD.

101. Answering Paragraph 101 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

102. Answering Paragraph 102 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

103. Answering Paragraph 103 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

104. Answering Paragraph 104 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

105. Answering Paragraph 105 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

106. Answering Paragraph 106 of Plaintiff's Amended Complaint, Santos repeats and realleges her answers to the preceding paragraphs, inclusive, and incorporates the same by reference as though fully set forth therein.

107. Answering Paragraph 107 of Plaintiff's Amended Complaint, Santos alleges that the allegations contained therein call for non-factual, legal conclusions and the Defendant is therefore not required to answer the same.

108. Answering Paragraph 108 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 13 of 17

109. Answering Paragraph 109 of Plaintiff's Amended Complaint, Santos denies the allegations contained herein.

110. Answering the Prayer for Damages of Plaintiff's First Amended Complaint, Santos denies the allegations contained herein.

## AFFIRMATIVE DEFENSES

Further, as affirmative defenses to each and all of Plaintiff's alleged "causes of action," Santos alleges:

1. Plaintiff's First Amended Complaint on file herein fails to state a claim against Santos upon which relief can be granted.

2. Some or all of the Plaintiff's claims are barred by the statute of limitations and the claims notice statute.

3. Santos' actions were reasonable and justified under the circumstances and were privileged.

4. At all times mentioned in Plaintiff's First Amended Complaint, Santos acted under the good faith belief that her actions were legally justifiable.

5. The arrest, identification and imprisonment of Plaintiff, was completely justified and privileged under the circumstances alleged and was perfected pursuant to probable cause and reasonable cause in believing the Plaintiff had committed a criminal act.

6. There can be no recovery for punitive damages against any government official acting in his or her official capacity, pursuant to 42 U.S.C. § 1983.

7. No award of punitive damages can be awarded against Santos under the facts and circumstances alleged in Plaintiff's First Amended Complaint.

8. Plaintiff's claims are subject to the doctrines of waiver and/or estoppel.

9. At all times mentioned in Plaintiff's First Amended Complaint, Santos did not

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 14 of 17

personally participate in any of the Plaintiff's alleged violations of her constitutional rights.

10. To the extent Plaintiff's causes of actions against Santos sound in negligence, no recovery can be had predicated upon 42 USC § 1983.

11. Plaintiff's suit fails to state claim for relief as she fails to allege a violation of right, privilege, or immunity secured by the United States Constitution or by the laws of the United States.

12. Santos is qualifiedly immune from the actions alleged against them in Plaintiff's First Amended Complaint.

13. The Nevada Revised Statutes, chapter 41, limit the damages that may be collectable against a political subdivision of the State of Nevada and its employees.

14. Santos is not subject to suit upon the facts and conclusions as stated in Plaintiff's First Amended Complaint by reason of LVMPD's sovereign immunity as a political subdivision of the State of Nevada and more particularly by reason of the provisions of NRS 41.031, 41.032, 41.033.

15. Plaintiff's First Amended Complaint concerns a discretionary function of Santos' employment for which Santos is immune.

16. Plaintiff's claims of a constitutional violation are unsupported in both fact and law, as Plaintiff has not alleged sufficient basis from which a constitutional interest might arise in conjunction with the alleged actions.

17. The district attorney and the Court made independent determinations of probable cause and therefore there is an intervening or superseding cause.

18. Santos engaged in no conduct shocking to the conscience to be held liable for a substantive due process violation.

19. Santos acted at all pertinent times in accordance with applicable state and federal

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.335

Page 15 of 17

laws, and under legal authority.

20. Santos' conduct did not violate clearly established statutory and constitutional rights of which a reasonable person could have known.

21. Pursuant to FRCP 11, all possible affirmative defenses may not have been alleged herein insofar as insufficient facts were available after reasonable inquiry upon the filing of Plaintiff's First Amended Complaint, and therefore, Santos reserves the right to amend her Answer to the First Amended Complaint to allege additional affirmative defenses if subsequent investigation so warrants.

WHEREFORE, Santos prays for judgment as follows:

1. That Plaintiff takes nothing by virtue of her First Amended Complaint on file herein, and that the same be dismissed with prejudice;

2. For an award of reasonable attorney's fees and costs of suit incurred in the defense of this action;

3. For such other and further relief that this Court may deem just and proper in the premises.

DATED this <u>28th</u> day of May, 2025.

                        KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

***Attorneys for Defendant***
***Angie Santos***

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 16 of 17

**CERTIFICATE OF SERVICE**

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **DEFENDANT SANTOS' ANSWER TO FIRST AMENDED COMPLAINT [ECF No. 7]** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

| | |
|---|---|
| Antonio M. Romanucci<br>Patrick Driscoll<br>ROMANUCCI & BLANDIN<br>321 North Clark St., Ste. 900<br>Chicago, IL 60654<br>Phone: 312−458−1000<br>Fax: 312−458−1004<br>aromanucci@rblaw.net<br>patrickdriscoll7@gmail.com<br><br>*Attorneys for Plaintiff* | Robert W. Freeman<br>Frank A. Toddre, II<br>E. Matthew Freeman<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>Telephone: 702.893.3383<br>Facsimile: 702.893.3789<br>Robert.Freeman@lewisbrisbois.com<br>Frank.Toddre@lewisbrisbois.com<br>Matt.Freeman@lewisbrisbois.com<br><br>*Attorneys for Defendants*<br>*Dr. Jennifer Corneal and County of Clark* |
| Paul S. Padda<br>Ravi Chanderraj<br>PAUL PADDA LAW<br>4560 South Decatur Blvd., Ste. 300<br>Las Vegas, NV 89103<br>Phone: (702) 366−1888<br>Fax: 702−366−1940<br>Email: psp@paulpaddalaw.com<br>Email: rchanderraj@paulpaddalaw.com<br><br>*Attorneys for Plaintiff* | Wolfgang Mueller<br>MUELLE LAW FIRM<br>41850 W. 11 Mile Rd., Ste 101<br>Novi, MI 48375<br>Phone: 248−459−9653<br>Fax: 248−347−6630<br>wolf@wolfmulleraw.com<br><br>*Attorneys for Plaintiff*<br><br>*(Via U.S. Mail)* |

DATED this <u>28th</u> day of May, 2025.

/s/ _____
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 17 of 17