LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Angie Santos and*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTINA KERLUS, individually, | Case No.:   2:24-cv-02352-APG-DJA |
| Plaintiff, | |
| vs. | **LVMPD DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |
| DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; and COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally | |
| Defendants. | |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Angie Santos ("Santos") (collectively "LVMPD Defendants") certify upon information and belief that there are no other known interested parties other than those named in the Complaint and their respective counsel.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.335

Page 1 of 3

This representation is made to enable judges of the Court to evaluate possible recusal.

DATED this 28th day of May, 2025.

                       KAEMPFER CROWELL

By:   */s/ Lyssa S. Anderson*
      LYSSA S. ANDERSON (Nevada Bar No. 5781)
      KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
      TRAVIS C. STUDDARD (Nevada Bar No. 16454)
      1980 Festival Plaza Drive, Suite 650
      Las Vegas, Nevada 89135

*Attorneys for Defendants*
*Angie Santos and*
*Las Vegas Metropolitan Police Department*

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **LVMPD DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

| | |
|---|---|
| Antonio M. Romanucci<br>Patrick Driscoll<br>ROMANUCCI & BLANDIN<br>321 North Clark St., Ste. 900<br>Chicago, IL 60654<br>Phone: 312−458−1000<br>Fax: 312−458−1004<br>aromanucci@rblaw.net<br>patrickdriscoll7@gmail.com<br><br>*Attorneys for Plaintiff* | Robert W. Freeman<br>Frank A. Toddre, II<br>E. Matthew Freeman<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>Telephone: 702.893.3383<br>Facsimile: 702.893.3789<br>Robert.Freeman@lewisbrisbois.com<br>Frank.Toddre@lewisbrisbois.com<br>Matt.Freeman@lewisbrisbois.com<br><br>*Attorneys for Defendants*<br>*Dr. Jennifer Corneal and County of Clark* |
| Paul S. Padda<br>Ravi Chanderraj<br>PAUL PADDA LAW<br>4560 South Decatur Blvd., Ste. 300<br>Las Vegas, NV 89103<br>Phone: (702) 366−1888<br>Fax: 702−366−1940<br>Email: psp@paulpaddalaw.com<br>Email: rchanderraj@paulpaddalaw.com<br><br>*Attorneys for Plaintiff* | Wolfgang Mueller<br>MUELLE LAW FIRM<br>41850 W. 11 Mile Rd., Ste 101<br>Novi, MI 48375<br>Phone: 248−459−9653<br>Fax: 248−347−6630<br>wolf@wolfmulleraw.com<br><br>*Attorneys for Plaintiff*<br><br>*(Via U.S. Mail)* |

DATED this 28th day of May, 2025.

/s/ _____
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 3 of 3