ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Dr. Jennifer Corneal and County of Clark*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KRISTINA KERLUS, individually,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; and COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally,<br><br>  Defendants. | CASE NO. 2:24-cv-02352-APG-DJA<br><br>**DEFENDANTS DR. JENNIFER CORNEAL AND COUNTY OF CLARK'S DEMAND FOR JURY TRIAL** |

155876180.1

**DR. JENNIFER CORNEAL AND COUNTY OF CLARK'S**

**DEMAND FOR JURY TRIAL**

COMES NOW DEFENDANT the DR. JENNIFER CORNEAL AND COUNTY OF CLARK, by and through their counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby demand that a trial of the above-entitled action be heard before a jury.

DATED this 28th day of May, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Dr. Jennifer Corneal and County of Clark*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of May, 2025, I electronically filed the **DEFENDANTS DR. JENNIFER CORNEAL AND COUNTY OF CLARK'S DEMAND FOR JURY TRIAL** with the Clerk of the Court through Case Management/Electronic Filing System.

PAUL S. PADDA
Nevada Bar #10417
psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

**-and-**

ANTONIO M. ROMANUCCI (Admitted PHV)
aromanucci@rblaw.net
PATRICK DRISCOLL (Admitted PHV)
pdriscoll@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, Illinois 60654
Tele: (312) 458-1000
*Attorneys for Plaintiff*

*/s/ Kristen Freeman*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP