ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Dr. Jennifer Corneal and County of Clark*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| KRISTINA KERLUS, individually, | CASE NO. 2:24-cv-02352-APG-DJA |
| Plaintiffs, | **DEFENDANTS DR. JENNIFER CORNEAL AND COUNTY OF CLARK'S CERTIFICATE OF INTERESTED PARTIES** |
| vs. | |
| DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; and COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally, | |
| Defendants. | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

155876272.1

1    **DR. JENNIFER CORNEAL AND COUNTY OF CLARK'S**

2    **CERTIFICATE OF INTERESTED PARTIES**

3         The undersigned, counsel of record for Defendants Dr. Jennifer Corneal and County of

4    Clark's, hereby certify that there are no known interested parties other than those participating in

5    this case.

6         DATED this 28th day of May, 2025.

7                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

8                                        */s/ Robert W. Freeman*
                                         ROBERT W. FREEMAN
9                                        Nevada Bar No. 3062
                                         E. MATTHEW FREEMAN
10                                       Nevada Bar No. 14198
                                         6385 S. Rainbow Blvd, Suite 600
11                                       Las Vegas, Nevada 89118
                                         *Dr. Jennifer Corneal and County of Clark*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of May, 2025, I electronically filed the

**DEFENDANTS DR. JENNIFER CORNEAL AND COUNTY OF CLARK'S**

**CERTIFICATE OF INTERESTED PARTIES** with the Clerk of the Court through Case

Management/Electronic Filing System.

PAUL S. PADDA
Nevada  Bar #10417
psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

**-and-**

ANTONIO M. ROMANUCCI (Admitted PHV)
aromanucci@rblaw.net
PATRICK DRISCOLL (Admitted PHV)
pdriscoll@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, Illinois 60654
Tele: (312) 458-1000
*Attorneys for Plaintiff*

*/s/ Kristen Freeman*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

155876272.1                                         3