| | |
|---|---|
| 1 | LYSSA S. ANDERSON |
| | Nevada Bar No. 5781 |
| 2 | KRISTOPHER J. KALKOWSKI |
| | Nevada Bar No. 14892 |
| 3 | TRAVIS C. STUDDARD |
| | Nevada Bar No. 16454 |
| 4 | KAEMPFER CROWELL |
| | 1980 Festival Plaza Drive, Suite 650 |
| 5 | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-7000 |
| 6 | Fax:           (702) 796-7181 |
| | landerson@kcnvlaw.com |
| 7 | kkalkowski@kcnvlaw.com |
| | tstuddard@kcnvlaw.com |

*Attorneys for Defendants*
*Angie Santos and*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS, individually, | Case No.:  2:24-cv-02352-APG-DJA |
| Plaintiff, | |
| vs. | **LVMPD DEFENDANTS' JURY DEMAND** |
| DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; and COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally | |
| Defendants. | |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Angie Santos

("Santos") (collectively "LVMPD Defendants") demand a trial by jury in the above-captioned

///

///

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 1 of 3

1  action.

2      DATED this <u>28th</u> day of May, 2025.

3                                KAEMPFER CROWELL

4

5                 By:   */s/ Lyssa S. Anderson*
                        LYSSA S. ANDERSON (Nevada Bar No. 5781)
                        KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)

6                          TRAVIS C. STUDDARD (Nevada Bar No. 16454)
                        1980 Festival Plaza Drive, Suite 650

7                          Las Vegas, Nevada  89135

8                          ***Attorneys for Defendants***
                        ***Angie Santos and***

9                          ***Las Vegas Metropolitan Police Department***

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.335

Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **LVMPD DEFENDANTS' JURY DEMAND** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

| | |
|---|---|
| Antonio M. Romanucci<br>Patrick Driscoll<br>ROMANUCCI & BLANDIN<br>321 North Clark St., Ste. 900<br>Chicago, IL 60654<br>Phone: 312−458−1000<br>Fax: 312−458−1004<br>aromanucci@rblaw.net<br>patrickdriscoll7@gmail.com<br><br>*Attorneys for Plaintiff* | Robert W. Freeman<br>Frank A. Toddre, II<br>E. Matthew Freeman<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>Telephone: 702.893.3383<br>Facsimile: 702.893.3789<br>Robert.Freeman@lewisbrisbois.com<br>Frank.Toddre@lewisbrisbois.com<br>Matt.Freeman@lewisbrisbois.com<br><br>*Attorneys for Defendants*<br>*Dr. Jennifer Corneal and County of Clark* |
| Paul S. Padda<br>Ravi Chanderraj<br>PAUL PADDA LAW<br>4560 South Decatur Blvd., Ste. 300<br>Las Vegas, NV 89103<br>Phone: (702) 366−1888<br>Fax: 702−366−1940<br>Email: psp@paulpaddalaw.com<br>Email: rchanderraj@paulpaddalaw.com<br><br>*Attorneys for Plaintiff* | Wolfgang Mueller<br>MUELLE LAW FIRM<br>41850 W. 11 Mile Rd., Ste 101<br>Novi, MI 48375<br>Phone: 248−459−9653<br>Fax: 248−347−6630<br>wolf@wolfmulleraw.com<br><br>*Attorneys for Plaintiff*<br><br>*(Via U.S. Mail)* |

DATED this 28th day of May, 2025.

/s/ _____
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.335

Page 3 of 3