1   Paul S. Padda, Esq., (NV Bar #10417)
2   PAUL PADDA LAW, PLLC
    4560 South Decatour Boulevard, Suite 300
3   Las Vegas, Nevada 89103
    Tel: (702) 366-1888; Fax: (702) 366-1940
4   Email: psp@paulpaddalaw.com

5   Antonio M. Romanucci, Esq. (Admitted PHV)
    Patrick Driscoll, Esq. (Admitted PHV)
6   Romanucci and Blandin, LLC
7   321 N. Clark Street, Suite 900
    Chicago, IL 60654
8   Tel: 312-253-8632; Fax: 312-458-1004
    Email: aromanucci@rblaw.net
9   Email: pdriscoll@rblaw.net

10  *Attorneys for Plaintiff*

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13
14  KRISTINA KERLUS, individually,      )  Case No.:  2:24-cv-02352-APG-DJA
                                        )
15                                      )
                 Plaintiffs,            )  **PLAINTIFF'S STIPULATION, REQUEST**
16                                      )  **AND ORDER EXTENDING TIME TO**
                                        )  **RESPOND TO DEFENDANT LVMPD'S**
17       v.                             )  **MOTION TO DISMISS**
                                        )  **[ECF No. 44]**
18  DR. JENNIFER CORNEAL, in her        )
    individual capacity; A. SANTOS, in her )  (First Request)
19  individual capacity; CITY OF LAS VEGAS, )
    a Municipal corporation; and COUNTY OF )
20  CARK, a Municipal corporation; LAS  )
    VEGAS METROPOLITAN POLICE           )
21  DEPARTMENT, jointly and severally,  )
                                        )
22                                      )
                 Defendants.            )
23  _____ )

24
25       Plaintiff Kristina Kerlus ("Plaintiff") and Defendant Las Vegas Metropolitan Police

26  Department ("LVMPD"), by and through their respective counsel, hereby stipulate and agree

27  as follows:

28

1. Plaintiff filed her Complaint on December 17, 2024. [ECF No. 1]. On December 19, 2024, Plaintiff filed a First Amended Complaint ("FAC"). [ECF No. 7].

2. LVMPD filed its Motion to Dismiss the FAC on May 27, 2025. [ECF. No. 44].

3. The current deadline for Plaintiff to respond to the Motion to Dismiss is June 10, 2025.

4. Given the unusual circumstances surrounding the filing of the Complaint and the FAC, the concurrent briefing on Plaintiff's motion for an extension of time to serve LVMPD (ECF No. 40), and the complexity of the *Monell* claims at issue in LVMPD's Motion to Dismiss, Plaintiff's counsel requires additional time to respond.

5. Upon agreement of all parties hereto, the undersigned respectfully request that this Court grant a 14-day extension of time, up to and including June 24, 2025, to respond to LVMPD's Motion to Dismiss.

6. This is the first request for an extension of time to respond to LVMPD's Motion to Dismiss.

7. This Stipulation is entered into in good faith and not for the purposes of delay.

DATED this 4th day of June, 2025.

By:    */s/ Paul S. Padda*
PAUL S. PADDA (10417)
4560 South Decatur Blvd., #300
Las Vegas, NV 89103
***Attorneys for Plaintiff***

By:    */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (5781)
KRISTOPHER J. KALKOWSKI (14892)
TRAVIS C. STUDDARD (16454)
1980 Festival Plaza Drive, # 650
Las Vegas, Nevada 89135
***Attorneys for Defendant LVPMD***

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _____