# CERTIFICATE OF GOOD STANDING



*United States of America*

*Northern District of Illinois*

}ss. Colton M Johnson Taylor

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Colton M Johnson Taylor was duly admitted to practice in said Court on (12/11/2024) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/18/2025 )

                Thomas G. Bruton , Clerk,

                By:  Michael Navarro
                     Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ M. NAVARRO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 18, 2025



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| One Prudential Plaza | 3161 West White Oaks Drive, Suite 301 |
| --- | --- |
| 130 East Randolph Drive, Suite 1500 | Springfield, IL 62704 |
| Chicago, Illinois 60601-6219 | (217) 546-3523  (800) 252-8048 |
| (312) 565-2600  (800) 826-8625 | Fax (217) 546-3785 |
| Fax (312) 565-2320 | |

Colton M. Johnson Taylor
321 North Clark Street
Suite 900
Chicago, IL 60654

Chicago
Friday, June 06, 2025

In re:   Colton M. Johnson Taylor
Attorney No. 6349356

To Whom It May Concern:

    We have received a request for written verification of the status of Colton M. Johnson Taylor in connection with the attorney's application, motion or petition for permission to appear pro hac vice in an isolated case in another jurisdiction.

    The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that Colton M. Johnson Taylor was admitted to practice law in Illinois on November 6, 2024.  Colton M. Johnson Taylor is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

    Very truly yours,
    Lea S. Gutierrez
    Administrator

By: /s/ *Marissa Hernandez*
    Marissa Hernandez
    Deputy Registrar

MH

4900-3106-0811, v. 1