| | | |
|---|---|---|
| C-20-346612-1 | **DISTRICT COURT**<br>**CLARK COUNTY, NEVADA** | |

| | | |
|---|---|---|
| **Felony/Gross Misdemeanor** | **COURT MINUTES** | February 06, 2023 |

C-20-346612-1     State of Nevada
                  vs
                  Kristina Kerlus

**February 06, 2023**   **09:30 AM**   **Motion to Dismiss with Prejudice**

**HEARD BY:** Kierny, Carli          **COURTROOM:** RJC Courtroom 12B

**COURT CLERK:** Chambers, Jill

**RECORDER:** Kirkpatrick, Jessica

**REPORTER:**

**PARTIES PRESENT:**

| | |
|---|---|
| K. Ryan Helmick | Attorney for Defendant |
| Kristina Kerlus | Defendant |
| Michelle Y. Jobe | Attorney for Plaintiff |
| State of Nevada | Plaintiff |

### JOURNAL ENTRIES

Argument by counsel.

Court advised that there was no statute giving the Court the authority to dismiss without prejudice and ORDERED, MOTION DENIED.

NIC