# EXHIBIT B

# Docket of Criminal Proceedings

# EXHIBIT B

## Case Information

C-20-346612-1 | State of Nevada vs Kristina Kerlus

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| C-20-346612-1 | Department 2 | Kierny, Carli |
| **File Date** | **Case Type** | **Case Status** |
| 01/31/2020 | Felony/Gross Misdemeanor | Dismissed |

## Party

**Plaintiff**
State of Nevada

**Active Attorneys** ▼
Attorney
Jobe, Michelle Y.

Lead Attorney
Wolfson, Steven B

**Other (Participant)**
Public Copy Request

**Defendant**
Kerlus, Kristina

**DOB**
XX/XX/XXXX

**Active Attorneys** ▼
Lead Attorney
Helmick, Kirk R.
Retained

## Charge

Charges
Kerlus, Kristina

|   | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | MURDER | 200.030.1 | Felony | 10/04/2018 |
| 2 | CHILD ABUSE, NEGLECT, OR ENDANGERMENT RESULTING IN SUBSTANTIAL BODILY HARM | 200.508.1a2 | Felony | 07/17/2018 |

## Events and Hearings

01/31/2020 Criminal Bindover Packet Justice Court ▾

Comment
[1]

01/31/2020 Criminal Bindover - Confidential ▾

Comment
[2]

01/31/2020 Bail Bond ▾

Comment
[3] Lightning Bail Bonds; $100,000.00; PN: CF100-70320918

02/03/2020 Information ▾

Comment
[4] Information

02/04/2020 Initial Arraignment ▾

Judicial Officer
Herndon, Douglas W.

Hearing Time
9:00 AM

Result
Set Status Check

Parties Present
  Defendant: Kerlus, Kristina
    Attorney: Helmick, K. Ryan
  Plaintiff: State of Nevada
    Attorney: Jobe, Michelle Y.

02/04/2020 Notice of Department Reassignment

  Comment
  [5] Notice of Department Reassignment

02/06/2020 Media Request and Order

  Comment
  [6] Media Request And Order Allowing Camera Access To Court Proceedings

02/26/2020 Filed Under Seal

  Comment
  [7] Ex Parte Motion And Order For Release Of CPS/DFS Records And Order To File Under Seal Per 2/26/20 Ex Parte Motion And Order For Release Of CPS/DFS Records And Order To File Under Seal

02/26/2020 Filed Under Seal

  Comment
  [8] Ex Parte Motion And Order For Release Of Certified Medical Records And Order To File Under Seal Per 2/26/20 Ex Parte Motion And Order For Release Of Certified Medical Records And Order To File Under Seal

03/03/2020 Status Check: Trial Setting

Judicial Officer
Barker, David

Hearing Time
9:00 AM

Result
Trial Date Set

Parties Present
  Defendant: Kerlus, Kristina
    Attorney: Helmick, K. Ryan
  Plaintiff: State of Nevada
    Attorney: Jobe, Michelle Y.

03/25/2020 Reporters Transcript

  Comment
  [9] Preliminary Hearing 01/31/20

04/02/2020 Petition for Writ of Habeas Corpus

  Comment
  [10] Petition For Writ Of Habeas Corpus And Memorandum Of Points And Authorities

04/03/2020 Clerk's Notice of Hearing

  Comment
  [11] Notice of Hearing

04/07/2020 Motion

  Comment
  [12] Motion to Remove From House Arrest

04/08/2020 Clerk's Notice of Hearing

  Comment
  [13] Notice of Hearing

04/15/2020 Opposition

  Comment
  [14] State's Opposition to Defendant's Motion to Remove House Arrest

04/23/2020 Motion

Judicial Officer
Barker, David

Hearing Time
3:30 PM

Result
Motion Denied

Comment
Motion to Remove From House Arrest

Parties Present
  Defendant
    Attorney: Helmick, K. Ryan
  Plaintiff: State of Nevada
    Attorney: Jobe, Michelle Y.

04/28/2020 Stipulation and Order

Comment
[15] Stipulation and Order

**04/30/2020 Return**

Comment
[16] State's Return to Writ of Habeas Corpus

**05/04/2020 Receipt of Copy**

Comment
[17] Receipt of Copy

**05/26/2020 Response**

Comment
[18] Response to State's Return

**07/09/2020 Status Check: Trial Readiness**

Judicial Officer
Adair, Valerie

Hearing Time
1:45 PM

Result
Matter Continued

**07/09/2020 Petition for Writ of Habeas Corpus**

Judicial Officer
Adair, Valerie

Hearing Time
1:45 PM

Result
Matter Continued

Comment
Defendant's Petition For Writ Of Habeas Corpus And Memorandum Of Points And Authorities

**07/09/2020 All Pending Motions**

Judicial Officer
Adair, Valerie

Hearing Time
1:45 PM

Result
Matter Heard

Parties Present
  Defendant: Kerlus, Kristina

Attorney: Helmick, K. Ryan

Plaintiff: State of Nevada

Attorney: Jobe, Michelle Y.

07/20/2020 Decision

Judicial Officer
Adair, Valerie

Hearing Time
3:00 AM

Result
Decision Made

07/20/2020 All Pending Motions

Judicial Officer
Adair, Valerie

Hearing Time
3:00 AM

Result
Matter Heard

08/20/2020 At Request of Court

Judicial Officer
Adair, Valerie

Hearing Time
1:45 PM

Result
Matter Heard

Comment
At Request of Court: Clarification of Exhibits

Parties Present
Defendant: Kerlus, Kristina

Attorney: Helmick, K. Ryan

Plaintiff: State of Nevada

Attorney: Jobe, Michelle Y.

08/21/2020 Temporary Seal Pending Court Approval

Comment
[19] Ex Parte Motion and Order for Release of Certified Medical Records and Order to File Under Seal

08/24/2020 Minute Order

Judicial Officer
Adair, Valerie

Hearing Time
9:15 AM

Result
Minute Order - No Hearing Held

Comment
Minute Order: Decision - Deft's Petition for Writ of Habeas Corpus

08/28/2020 Order Denying ▾

Comment
[20] Order Denying Defendant's Petition for Writ of Habeas Corpus

09/16/2020 Receipt of Copy ▾

Comment
[21] Receipt of Copy for Discovery Provided

09/17/2020 Calendar Call ▾

Judicial Officer
Adair, Valerie

Hearing Time
3:30 PM

Cancel Reason
Vacated - per Judge

09/21/2020 Jury Trial ▾

Judicial Officer
Adair, Valerie

Hearing Time
9:00 AM

Cancel Reason
Vacated - per Judge

12/03/2020 Status Check: Trial Readiness ▾

Judicial Officer
Adair, Valerie

Hearing Time
1:45 PM

Result
Matter Continued

Parties Present ▴
  Defendant: Kerlus, Kristina

Attorney: Helmick, K. Ryan

Plaintiff: State of Nevada

Attorney: Jobe, Michelle Y.

12/07/2020 Receipt of Copy

Comment
[22] Receipt of Copy

01/04/2021 Case Reassigned to Department 9

Comment
Judicial Reassignment to Judge Cristina Silva

01/29/2021 Calendar Call

Judicial Officer
Silva, Cristina D.

Hearing Time
1:30 PM

Cancel Reason
Vacated - per Judge

02/08/2021 Jury Trial

Judicial Officer
Silva, Cristina D.

Hearing Time
9:30 AM

Cancel Reason
Vacated - per Judge

05/07/2021 Status Check: Reset Trial Date

Judicial Officer
Silva, Cristina D.

Hearing Time
1:30 PM

Result
Trial Date Set

Parties Present
Defendant: Kerlus, Kristina

Attorney: Helmick, K. Ryan

05/10/2021 Motion

Comment
[23] Motion to Remove House Arrest or in the Alternative Place on Intensive Supervision

05/10/2021 Clerk's Notice of Hearing

Comment
[24] Notice of Hearing

05/12/2021 Opposition to Motion

Comment
[25] State's Opposition to Defendant's Motion to Remove House Arrest or in the Alternative Place on Intensive Supervision

05/17/2021 Motion

Judicial Officer
Silva, Cristina D.

Hearing Time
12:30 PM

Result
Matter Continued

Comment
Defendant's Motion to Remove House Arrest or in the Alternative Place on Intensive Supervision

Parties Present
  Defendant: Kerlus, Kristina
    Attorney: Helmick, K. Ryan
  Plaintiff: State of Nevada
    Attorney: Jobe, Michelle Y.

08/06/2021 Status Check: Trial Readiness

Judicial Officer
Jones, Tierra

Hearing Time
1:30 PM

Result
Matter Heard

Parties Present
  Defendant: Kerlus, Kristina
    Attorney: Helmick, K. Ryan
  Plaintiff: State of Nevada
    Attorney: Jobe, Michelle Y.

08/17/2021 Motion to Continue Trial

    Comment
    [26] Motion to Continue Trial

08/17/2021 Clerk's Notice of Hearing ▼

    Comment
    [27] Notice of Hearing

08/30/2021 Motion to Continue Trial ▼

Judicial Officer
Silva, Cristina D.

Hearing Time
12:30 PM

Result
Matter Continued

Comment
Defendant's Motion to Continue Trial

Parties Present ▲
  Defendant: Kerlus, Kristina

    Attorney: Helmick, K. Ryan

  Plaintiff: State of Nevada

    Attorney: Jobe, Michelle Y.

09/07/2021 Motion to Dismiss ▼

    Comment
    [28] Defendant Motion to Dismiss Due to Exculpatory Evidence Leading to Actual Innocence

09/07/2021 Exhibits ▼

    Comment
    [29] Motion to Dismiss Exhibits 1 - 21B

09/07/2021 Exhibits ▼

    Comment
    [30] Motion to Dismiss Exhibits 21C - 21D

09/07/2021 Clerk's Notice of Hearing ▼

    Comment
    [31] Notice of Hearing

09/10/2021 Calendar Call ▼

Judicial Officer
Silva, Cristina D.

Hearing Time
1:30 PM

Cancel Reason
Vacated - per Judge

09/15/2021 Notice of Rescheduling of Hearing

   Comment
   [32] Notice of Rescheduling of Hearing

09/15/2021 Opposition to Motion to Dismiss

   Comment
   [33] State s Opposition to Defendant s Motion to Dismiss Due to Exculpatory Evidence Leading to Actual Innocence

09/20/2021 Jury Trial

Judicial Officer
Silva, Cristina D.

Hearing Time
9:30 AM

Cancel Reason
Vacated - per Judge

10/15/2021 Motion to Dismiss

Judicial Officer
Silva, Cristina D.

Hearing Time
1:30 PM

Result
Motion Denied

Comment
[28] Defendant Motion to Dismiss Due to Exculpatory Evidence Leading to Actual Innocence

Parties Present
  Defendant: Kerlus, Kristina

    Attorney: Helmick, K. Ryan

  Plaintiff: State of Nevada

    Attorney: Jobe, Michelle Y.

10/20/2021 Receipt of Copy

   Comment
   [34] Receipt of Copy

11/03/2021 Order Denying Motion

Comment

[35] Order Denying Defendant's Motion to Dismiss Due to Exculpatory Evidence Leading to Actual Innonence

**02/24/2022 Motion** ▾

Comment

[36] State's Notice of Motion and Motion for Dissemination of Transcripts of Family Court Proceedings

**02/24/2022 Clerk's Notice of Hearing** ▾

Comment

[37] Notice of Hearing

**03/11/2022 Motion** ▾

Judicial Officer
Ellsworth, Carolyn

Hearing Time
1:30 PM

Result
Matter Continued

Comment
State's Notice of Motion and Motion for Dissemination of Transcripts of Family Court Proceedings

Parties Present ▴
  Defendant
    Attorney: Helmick, K. Ryan
  Plaintiff: State of Nevada
    Attorney: Jobe, Michelle Y.

**03/16/2022 Notice of Witnesses and/or Expert Witnesses** ▾

Comment

[38] State's Notice of Witnesses and/or Expert Witnesses

**03/25/2022 Status Check: Trial Readiness** ▾

Judicial Officer
Silva, Cristina D.

Hearing Time
1:30 PM

Result
Matter Heard

Parties Present ▴
  Defendant: Kerlus, Kristina
    Attorney: Helmick, K. Ryan

    Plaintiff: State of Nevada

      Attorney: Jobe, Michelle Y.

**04/01/2022 Motion to Continue Trial** ▾

  Comment
[39] Motion to Continue Trial

**04/04/2022 Case Reassigned to Department 2** ▾

  Comment
Judicial Reassignment - From Judge Cristina D. Silva to Judge Carli Kierny

**04/04/2022 Clerk's Notice of Hearing** ▾

  Comment
[40] Notice of Hearing

**04/08/2022 Calendar Call** ▾

Judicial Officer
Kierny, Carli

Hearing Time
1:30 PM

Result
Off Calendar

**04/08/2022 Motion to Continue Trial** ▾

Judicial Officer
Kierny, Carli

Hearing Time
1:30 PM

Result
Off Calendar

Comment
Defendant's Motion to Continue Trial

**04/08/2022 All Pending Motions** ▾

Judicial Officer
Kierny, Carli

Hearing Time
1:30 PM

Result
Matter Heard

Parties Present ▴

Plaintiff: State of Nevada

Attorney: Jobe, Michelle Y.

04/13/2022 Central Calendar Call ▼

Judicial Officer
Bluth, Jacqueline M.

Hearing Time
2:00 PM

Cancel Reason
Vacated - On in Error

04/18/2022 Jury Trial ▼

Judicial Officer
Kierny, Carli

Hearing Time
9:30 AM

Cancel Reason
Vacated

04/22/2022 Status Check: Trial Setting ▼

Judicial Officer
Kierny, Carli

Hearing Time
1:30 PM

Result
Trial Date Set

Parties Present▲
Defendant: Kerlus, Kristina

Attorney: Helmick, K. Ryan

Plaintiff: State of Nevada

Attorney: Jobe, Michelle Y.

08/04/2022 Motion to Continue Trial ▼

Comment
[41] Defendant's Motion to Continue Trial

08/07/2022 Clerk's Notice of Hearing ▼

Comment
[42] Notice of Hearing

08/10/2022 Order Shortening Time ▼

Comment

[43] 20220810085952804

08/17/2022 Motion to Continue Trial

Judicial Officer

Kierny, Carli

Hearing Time

9:30 AM

Cancel Reason

Vacated - Duplicate Entry

Comment

Defendant's Motion to Continue Trial

08/17/2022 Motion to Continue Trial

Judicial Officer

Kierny, Carli

Hearing Time

9:30 AM

Result

Granted

Parties Present

  Defendant: Kerlus, Kristina

    Attorney: Helmick, K. Ryan

  Plaintiff: State of Nevada

    Attorney: Jobe, Michelle Y.

08/31/2022 Status Check

Judicial Officer

Kierny, Carli

Hearing Time

9:30 AM

Result

Set Status Check

Parties Present

  Defendant: Kerlus, Kristina

    Attorney: Helmick, K. Ryan

  Plaintiff: State of Nevada

    Attorney: Jobe, Michelle Y.

10/27/2022 Notice of Motion

Comment
[44] State's Notice of Motion and Motion to Address Defendant's Custody Status

10/31/2022 Clerk's Notice of Hearing

Comment
[45] Notice of Hearing

11/15/2022 Motion

Judicial Officer
Kierny, Carli

Hearing Time
9:00 AM

Result
Matter Heard

Comment
State's Motion to Address Defendant's Custody Status

Parties Present
  Defendant: Kerlus, Kristina
    Attorney: Helmick, K. Ryan
  Plaintiff: State of Nevada
    Attorney: Jobe, Michelle Y.

12/06/2022 Status Check: Trial Readiness

Judicial Officer
Kierny, Carli

Hearing Time
9:00 AM

Cancel Reason
Vacated

12/20/2022 Media Request and Order

Comment
[46] DISTRICT COURT MEDIA2

12/20/2022 Media Request and Order

Comment
[47] Kerlus media request

12/21/2022 Calendar Call

Judicial Officer
Kierny, Carli

**Hearing Time**
9:30 AM

**Result**
Case Dismissed

**Parties Present**
  Defendant: Kerlus, Kristina
    Attorney: Helmick, K. Ryan
  Plaintiff: State of Nevada
    Attorney: Jobe, Michelle Y.

**12/21/2022 Media Request and Order**

  Comment
  [48] KSNV_KRISTINA_KERLUS_ELECTRONIC

**12/22/2022 Criminal Order to Statistically Close Case**

  Comment
  [49] C-20-346612-1 - COSCC - Statistical Closure

**01/03/2023 Jury Trial**

Judicial Officer
Kierny, Carli

Hearing Time
9:30 AM

Cancel Reason
Vacated - Case Closed

**01/11/2023 Bond**

  Comment
  [50] "Bond exonerated; bonding company notified via mail". CF100-70320918

**01/21/2023 Motion**

  Comment
  [51] Motion to Dismiss with Prejudice

**01/23/2023 Clerk's Notice of Hearing**

  Comment
  [52] Notice of Hearing

**01/30/2023 Opposition**

Comment
[53] State's Opposition to Defendants Motion to Dismiss with Prejudice

02/01/2023 Media Request and Order

Comment
[54] Media Request and Order Allowing Camera Access to Court Proceedings

02/06/2023 Motion to Dismiss

Judicial Officer
Kierny, Carli

Hearing Time
9:30 AM

Result
Denied

Comment
Motion to Dismiss with Prejudice

Parties Present
  Defendant: Kerlus, Kristina
    Attorney: Helmick, K. Ryan
  Plaintiff: State of Nevada
    Attorney: Jobe, Michelle Y.