PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
**-and-**
ANTONIO M. ROMANUCCI, ESQ. (Admitted PHV)
Email: aromanucci@rblaw.net
PATRICK DRISCOLL, ESQ. (Admitted PHV)
Email: pdriscoll@rblaw.net
COLTON JOHNSON TAYLOR, ESQ. (Admitted PHV)
Email: cjohnson@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, Illinois 60654
Tele: (312) 458-1000

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTINA KERLUS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; COUNTY OF CLARK, a municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT an independent political subdivision; jointly and severally,<br><br>Defendants. | Case No. 2:24-cv-02352<br><br>**STIPULATION FOR PLAINTIFF TO AMEND COMPLAINT AND DEFENDANTS' EXTENSION TO ANSWER** |

**STIPULATION FOR PLAINTIFF TO AMEND COMPLAINT AND**
**DEFENDANTS' EXTENSION OF TIME TO ANSWER**

1

Pursuant to Federal Rules of Civil Procedure 15(a)(2), Defendants Dr. Jennifer Corneal, County of Clark, S. Santos, and the Las Vegas Metropolitan Police Department (collectively "Defendants") consent to Plaintiff Kristina Kerlus filing a Second Amended Complaint. In addition, Plaintiff consents to Defendants receiving 14 additional days to Answer Plaintiff's Second Amended Complaint, beyond the 14 days allotted under FRCP Rule 15(a)(3), up to and including November 11, 2025.

By: /s/ *Colton M. Taylor Johnson*
COLTON JOHNSON TAYLOR (PHV)
PATRICK J. DRISCOLL (PHV)
ANTONION M. ROMANUCCI (PHV)
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, Illinois 606546385
(312) 458-1000
aromanucci@rblaw.net
cjohnson@rblaw.net
pdriscoll@rblaw.net

By: *Paul S. Padda*
PAUL S. PADDA, ESQ.
**PAUL PADDA LAW, PLLC**
Nevada Bar #10417
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
psp@paulpaddalaw.com

***Attorneys for Plaintiff Kristina Kerlus***

By: *Lyssa S. Anderson*
LYSSA S. ANDERSON
KRISTOPHER J. KALKOWSKI
TRAVIS C. STUDDARD
**KAEMPFER CROWELL**
1980 Festival Plaza Drive Suite 650
Las Vegas, NV 89135
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

***Attorneys for A. Santos***

By: *Ethan M. Freeman*
ETHAN M. FREEMAN
Robert W. Freeman, Jr.
ROBERT W. FREEMAN
**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**
6385 S. Rainbow Blvd, Suite 600
matt.freeman@lewisbrisbois.com
robert.freeman@lewisbrisbois.com

***Attorneys for Dr. Jennifer Corneal And County of Clark***

By: *Lyssa S. Anderson*
LYSSA S. ANDERSON

***Attorney for Las Vegas Metropolitan Police Department***

IT IS THEREFORE ORDERED that the stipulation (ECF No. 71) is GRANTED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: October 20, 2025

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

**CERTIFICATE OF SERVICE**

 Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby certifies that on this day, October 17, 2025 a copy of the foregoing document was filed with the Court and a copy served upon all respective parties and their counsel through the Court's electronic filing system.

               */s/ Colton M. Johnson Taylor*
               Colton M. Johnson Taylor, Esq

               *Attorney for Plaintiff*

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940