UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS, | Case No.: 2:24-cv-02352-APG-DJA |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 44] |
| DR. JENNIFER CORNEAL, et al., | |
| Defendants | |

In light of the second amended complaint (ECF No. 68),

I ORDER that defendant Las Vegas Metropolitan Police Department's motion to dismiss (ECF No. 44) is DENIED as moot because it was directed at a prior version of the complaint.

DATED this 22nd day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE