PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
**-and-**
ANTONIO M. ROMANUCCI, ESQ. (Admitted PHV)
Email: aromanucci@rblaw.net
PATRICK DRISCOLL, ESQ. (Admitted PHV)
Email: pdriscoll@rblaw.net
COLTON JOHNSON TAYLOR, ESQ. (Admitted PHV)
Email: cjohnson@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, Illinois 60654
Tele: (312) 458-1000

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; COUNTY OF CLARK, a municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT an independent political subdivision; jointly and severally,<br><br>Defendants. | Case No. 2:24-cv-02352<br><br>**STIPULATION FOR PLAINTIFF'S EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** |

**STIPULATION FOR PLAINTIFF'S EXTENSION OF TIME TO RESPOND TO**

**DEFENDANTS' MOTION TO DISMISS**

1

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A), Defendants Dr. Jennifer Corneal, County of Clark, S. Santos, and the Las Vegas Metropolitan Police Department (collectively "Defendants") consent to Plaintiff Kristina Kerlus' extension to respond to each of their Motions to Dismiss. Defendant S. Santos and Las Vega Metropolitan Police Department filed their joint Motion to Dismiss Plaintiff's Second Amended Complaint on November 10, 2025. (ECF No. 74). Defendants Dr. Jennifer Corneal and Clark County filed their joint Motion to Dismiss Plaintiff's Second Amended Complaint on November 11, 2025. (ECF No. 75). Pursuant to FRCP Rule 15(a)(3), Plaintiff's response to the Defendants' Motions to Dismiss would be one November 24 and 25, 2025, respectively. All Defendants have consented to an extension of time for Plaintiff to respond to all pending Motions to Dismiss her Amended Complaint up to and including December 9, 2025.

IT THEREFORE ORDERED that the stipulation (ECF No. 77) is GRANTED.

IT IS SO ORDERED:

Dated: __November 20, 2025__

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

By: /s/ *Colton M. Johnson Taylor*
ANTONIO M. ROMANUCCI (PHV)
COLTON M. JOHNSON TAYLOR (PHV)
PATRICK DRISCOLL (PHV)
**ROMANUCCI & BLANDIN**
321 North Clark Street, Suite 900
Chicago, Illinois 606546385
(312) 458-1000
aromanucci@rblaw.net
cjohnson@rblaw.net
pdriscoll@rblaw.net

By: /s/ *Paul S. Padda*
PAUL S. PADDA, ESQ.
**PAUL PADDA LAW, PLLC**
Nevada Bar #10417
4560 South Decatur Blvd., Ste. 300
Las Vegas, NV 89103
psp.paulpaddalaw.com

***Attorneys for Plaintiff Kristina Kerlus***

2

By: /s/ *Lyssa S. Anderson*
LYSSA S. ANDERSON
KRISTOPHER J. KALKOWSKI
TRAVIS C. STUDDARD
**KAEMPFER CROWELL**
1980 Festival Plaza Drive Suite 650
Las Vegas, NV 89135
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant A. Santos*

By: /s/ *Ethan M. Freeman*
ROBERT W. FREEMAN
ETHAN M. FREEMAN
**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**
6385 S. Rainbow Blvd, Suite 600
matt.freeman@lewisbrisbois.com
robert.freeman@lewisbrisbois.com

*Attorneys for Dr. Jennifer Corneal and County of Clark*

By: *Lyssa S. Anderson*
LYSSA S. ANDERSON

*Attorney for Las Vegas Metropolitan Police Department*
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940