PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
**-and-**
ANTONIO M. ROMANUCCI, ESQ. (Admitted PHV)
Email: aromanucci@rblaw.net
COLTON JOHNSON TAYLOR, ESQ. (Admitted PHV)
Email: cjohnson@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, Illinois 60654
Tele: (312) 458-1000

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA KERLUS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; COUNTY OF CLARK, a municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT an independent political subdivision; jointly and severally,<br><br>Defendants. | Case No. 2:24-cv-02352<br><br>**STIPULATION FOR PLAINTIFF'S EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**(Second Request)** |

## STIPULATION FOR PLAINTIFF'S EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A), Defendants Dr. Jennifer Corneal, County of Clark, S. Santos, and the Las Vegas Metropolitan Police Department (collectively

1

"Defendants") consent to Plaintiff Kristina Kerlus' extension to respond to each of their Motions to Dismiss. Defendant S. Santos and Las Vegas Metropolitan Police Department filed their joint Motion to Dismiss Plaintiff's Second Amended Complaint on November 10, 2025. (ECF No. 74). Defendants Dr. Jennifer Corneal and Clark County filed their joint Motion to Dismiss Plaintiff's Second Amended Complaint on November 11, 2025. (ECF No. 75). Pursuant to FRCP Rule 15(a)(3), Plaintiff's response to the Defendants' Motions to Dismiss would have been on November 24 and 25, 2025, respectively. On November 19, 2025, all parties consented to and filed a Stipulation for Plaintiff's Extension of Time to Respond to Defendants' Motion to Dismiss, which extended Plaintiff's time to respond to all pending Motions to Dismiss to December 9, 2025. (ECF No. 77). The Court granted this stipulation on November 20, 2025. (ECF 78). All Defendants have consented to an additional extension of time for Plaintiff to respond to all pending Motions to Dismiss her Amended Complaint up to and including December 16, 2025.

IT THEREFORE ORDERED that the stipulation (ECF No. 79) is GRANTED.

IT IS SO ORDERED:

Dated: December 5, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

By: /s/ *Colton M. Johnson Taylor*
ANTONIO M. ROMANUCCI (PHV)
COLTON M. JOHNSON TAYLOR (PHV)
**ROMANUCCI & BLANDIN**
321 North Clark Street, Suite 900
Chicago, Illinois 606546385
(312) 458-1000
aromanucci@rblaw.net
cjohnson@rblaw.net

By: /s/ *Paul S. Padda*
PAUL S. PADDA, ESQ.
**PAUL PADDA LAW, PLLC**
Nevada Bar #10417
4560 South Decatur Blvd., Ste. 300
Las Vegas, NV 89103
psp.paulpaddalaw.com

*Attorneys for Plaintiff Kristina Kerlus*

| | |
|---|---|
| By: /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>KRISTOPHER J. KALKOWSKI<br>TRAVIS C. STUDDARD<br>**KAEMPFER CROWELL**<br>1980 Festival Plaza Drive Suite 650<br>Las Vegas, NV 89135<br>landerson@kcnvlaw.com<br>kkalkowski@kcnvlaw.com<br>tstuddard@kcnvlaw.com<br><br>***Attorneys for Defendant A. Santos and Las Vegas Metropolitan Police Department*** | By: /s/ *Robert W. Freeman*<br>ROBERT W. FREEMAN<br>ETHAN M. FREEMAN<br>**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**<br>6385 S. Rainbow Blvd, Suite 600<br>robert.freeman@lewisbrisbois.com<br>matt.freeman@lewisbrisbois.com<br><br>***Attorneys for Dr. Jennifer Corneal and County of Clark*** |

3