PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
**-and-**
ANTONIO M. ROMANUCCI, ESQ. (Admitted PHV)
Email: aromanucci@rblaw.net
COLTON M. JOHNSON TAYLOR (Admitted PHV)
cjohnson@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, Illinois 60654
Tele: (312) 458-1000

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTINA KERLUS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; COUNTY OF CLARK, a municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; jointly and severally,<br><br>Defendants. | Case No. 2:24-cv-02352<br>**ORDER RE**<br>**PLAINTIFF'S MOTION TO WITHDRAW PATRICK A. DRISCOLL AS COUNSEL** |

1

NOW COMES Plaintiff, KRISTINA KERLUS, by and through her attorneys, Romanucci & Blandin, LLC and Paul Padda Law, PLLC, hereby seeks leave of the Court to withdraw attorney Patrick J. Driscoll as counsel for Plaintiff KRISTINA KERLUS. In support, Plaintiff states as follows:

1. Mr. Driscoll has concluded his employment at Romanucci & Blandin, one of the firms representing Plaintiff, Kristina Kerlus.

2. Plaintiff will continue to be represented by Antonio M. Romanucci and Colton Johnson Taylor of Romanucci &Blandin, LLC and Paul Padda of Paul Padda Law, PLLC.

3. No party will be prejudiced if Mr. Driscoll is permitted to withdraw his appearance in this matter.

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting Mr. Driscoll to withdraw his appearance as counsel in this matter.

Dated: December 15, 2025

                              Respectfully submitted,

                              s/Patrick J. Driscoll

**IT IS SO ORDERED**.

DATED: 12/17/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

**CERTIFICATE OF SERVICE**

    Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby certifies that on this day, December 15, 2025, a copy of the foregoing document was filed with the Court and a copy served upon all respective parties and their counsel through the Court's electronic filing system.

/s/ Dana Kondos_____
Paralegal to Antonio M. Romanucci

3