ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Dr. Jennifer Corneal and County of Clark*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KRISTINA KERLUS, individually, | CASE NO. 2:24-cv-02352-APG-DJA |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF RELIES IN SUPPORT OF MOTION TO DISMISS** |
| vs. | |
| DR. JENNIFER CORNEAL, in her individual capacity; A. SANTOS, in her individual capacity; CITY OF LAS VEGAS, a Municipal corporation; and COUNTY OF CLARK, a Municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, jointly and severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants, Dr. Jennifer Corneal and County of Clark ("Clark County Defendants"), by and through their attorney of record, Robert W. Freeman, Esq., of Lewis Brisbois Bisgaard & Smith LLP, Plaintiff Kristina Kerlus, by and through her counsel of record, Paul S. Padda, of Paul Padda Law, PLLC, and Defendants Angie Santos and Las Vegas Metropolitan Police Department by and through their attorney of record, Lyssa S. Anderson, that:

The due date for the Defendants' Reply in Support of the Motions to Dismiss (ECF No. 74, 75), be extended twenty-one (21) days, from December 23, 2025, to January 13, 2026.

168816990.1

**Reason for the Extension:**

Because of the complexity of the claims made in Plaintiff's Opposition to Defendants' Motion to Dismiss, Defendants need additional time to respond.

This is Defendants' first request to extend this deadline, which is made in good faith and not for purposes of delay. Plaintiff Counsel has graciously agreed to the instant extension of time.

DATED this 22nd day of December, 2025.        DATED this 22nd day of December 2025.

| PAUL PADDA LAW, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: */s/ Colton M. Johnson Taylor*<br>PAUL S. PADDA<br>Nevada Bar #10417<br>4560 South Decatur Blvd., Suite 300<br>Las Vegas, Nevada 89103<br><br>ANTONIO M. ROMANUCCI<br>(Admitted PHV)<br>COLTON M. JOHNSON TAYLOR<br>(Admitted PHV)<br>PATRICK DRISCOLL<br>(Admitted PHV)<br>**ROMANUCCI & BLANDIN, LLC**<br>321 North Clark Street, Suite 900<br>Chicago, Illinois 60654<br>*Attorneys for Plaintiff*<br>*Kristina Kerlus* | By: */s/ E. Matthew Freeman*<br>ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>E. MATTHEW FREEMAN<br>Nevada Bar No. 14198<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Dr. Jennifer Corneal and County of Clark* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

168816990.1                                                    2

*Kristina Kerlus v. Dr. Jennifer Corneal, et al.*
*Case No.* **2:24-cv-02352-APG-DJA**

DATED this 22nd day of December 2025.

**KAEMPFER CROWELL**

By: */s/ Kristopher J. Kalkowski*
    LYSSA S. ANDERSON
    Nevada Bar No. 5781
    KRISTOPHER J. KALKOWSKI
    Nevada Bar No. 14892
    TRAVIS C. STUDDARD
    Nevada Bar No. 16454
    1980 Festival Plaza Drive, Suite 650
    Las Vegas, Nevada 89135
    *Attorneys for Defendants*
    *Angie Santos and Las Vegas*
    *Metropolitan Police Department*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 28, 2026