PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
**-and-**
ANTONIO M. ROMANUCCI, ESQ. (Admitted PHV)
Email: aromanucci@rblaw.net
JOSHUA M. LEVIN, ESQ. (Admitted PHV)
Email: jlevin@rblaw.net
COLTON JOHNSON TAYLOR, ESQ. (Admitted PHV)
Email: cjohnson@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, Illinois 60654
Tele: (312) 458-1000

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTINA KERLUS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DR. JENNIFER CORNEAL, in her individual capacity; ANGIE SANTOS, in her individual capacity; COUNTY OF CLARK, a municipal corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT an independent political subdivision; jointly and severally,<br><br>Defendants. | Case No. 2:24-cv-02352-APG-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE TO FILE THIRD AMENDED COMPLAINT AND TO SET DEADLINE FOR DEFENDANTS' RESPONSES (First Request)** |

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiff Kristina Kerlus ("Plaintiff"), Defendants Angie Santos and the Las Vegas Metropolitan Police Department (collectively, the "LVMPD Defendants"), and Defendants Dr. Jennifer Corneal and County of Clark (collectively, the "County Defendants") (all collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court extend Plaintiff's deadline to file a Third Amended Complaint and set the deadline for Defendants to respond to that pleading. This is the first request to extend Plaintiff's deadline to file a Third Amended Complaint. The Parties previously submitted a stipulation seeking this same relief [ECF No. 108], which the Court denied because it did not state the reasons for the requested extension as required by LR IA 6-1(a). [ECF No. 109]. The Parties submit this renewed stipulation to set forth those reasons. In support of this request, the Parties state as follows:

Plaintiff filed her Second Amended Complaint ("SAC") on October 14, 2025. [ECF No. 68]. In response, Defendants filed Motions to Dismiss. [ECF Nos. 74 and 75]. On October 21, 2026, the Court entered an Order granting in part Defendants' Motions to Dismiss and permitting Plaintiff to file a Third Amended Complaint by November 19, 2026. [ECF No. 106].

Plaintiff intends to file a Third Amended Complaint and requests a 21-day extension of the current November 19, 2026 deadline, through and including December 10, 2026, to do so. Good cause exists for the requested extension for the following reasons.

First, in the period between the Court's October 21, 2026 Order (ECF 106) granting in part the Defendants' motions to dismiss and the current November 19, 2026 deadline, Plaintiff's counsel has taken nine depositions in a different case, five of which required counsel to travel out of state. These depositions have substantially limited the time Plaintiff's counsel has been able to devote to preparing the Third Amended Complaint during the amendment period.

Second, the Third Amended Complaint will replead Plaintiff's *Monell* claims against the municipal Defendants. Repleading those claims in a manner that addresses the Court's Order requires careful review and analysis of the Court's Order, the factual record, the discovery conducted to date, and the applicable law, as well as considered judgment regarding the

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

allegations necessary to state those claims. The requested extension will allow Plaintiff to complete that work and file a Third Amended Complaint that fully addresses the issues identified in the Court's Order, which will promote efficiency for the Parties and the Court in any further proceedings on the pleadings.

Because the Third Amended Complaint will supersede the SAC and become the operative pleading upon filing, the Parties agree that the LVMPD Defendants need not answer or otherwise respond to the SAC. The Parties further agree that the LVMPD Defendants and the County Defendants shall have 21 days after service of the Third Amended Complaint to answer or otherwise respond, rather than the 14 days provided by Federal Rule of Civil Procedure 15(a)(3). This extension will provide Defendants sufficient time to review the amended allegations and prepare their respective responses while avoiding the unnecessary expenditure of party and judicial resources associated with responding to a pleading that Plaintiff intends to supersede.

Accordingly, the Parties respectfully request that the Court extend Plaintiff's deadline to file the Third Amended Complaint through and including December 10, 2026; confirm that the LVMPD Defendants need not answer or otherwise respond to the SAC; and permit the LVMPD Defendants and the County Defendants to answer or otherwise respond to the Third Amended Complaint within 21 days after service of that pleading.

This stipulation is made in good faith and not for purposes of delay. By entering into this stipulation, no party waives any rights, claims, defenses, arguments, or objections available under any applicable statute, law, or rule with respect to the SAC, the anticipated Third Amended Complaint, or any response thereto.

Dated this 19th day of November, 2026.

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

By: /s/ *Colton M. Johnson Taylor*
Antonio M. Romanucci (Phv)
Joshua M. Levin (Phv)
Colton M. Johnson Taylor (Phv)
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, Illinois 606546385
(312) 458-1000
aromanucci@rblaw.net
jlevin@rblaw.net
cjohnson@rblaw.net

By: /s/ P*aul S. Padda*
Paul S. Padda, esq.
**PAUL PADDA LAW, PLLC**
Nevada bar #10417
4560 South Decatur Blvd., Ste. 300
Las Vegas, NV 89103
psp@paulpaddalaw.com

***Attorneys for Plaintiff Kristina Kerlus***

By: /s/ *Lyssa S. Anderson*
Lyssa S. Anderson
Kristopher J. Kalkowski
Travis C. Studdard
**KAEMPFER CROWELL**
1980 Festival Plaza Drive Suite 650
Las Vegas, NV 89135
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

***Attorneys for Defendant A. Santos and Las Vegas Metropolitan Police Department***

By: /s/ *Matthew Freeman*
Robert W. Freeman
Matthew Freeman
**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**
6385 S. Rainbow Blvd, Suite 600
robert.freeman@lewisbrisbois.com
matt.freeman@lewisbrisbois.com

***Attorneys for Dr. Jennifer Corneal and County of Clark***


**PAUL PADDA LAW, PLLC**
**4560 South Decatur Boulevard, Suite 300**
**Las Vegas, Nevada 89103**
**Tele: (702) 366-1888 • Fax (702) 366-1940**